Rudy R. Perrino (SBN 190672)
KUTAK ROCK LLP
777 S. Figueroa Street, Suite 4550
Los Angeles, CA 90017
Tel: (213) 312-4000
Email: rudy.perrino@kutakrock.com

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ABRAHAM STUART RUBIN, et al.<br>Plaintiff(s)<br>v.<br>GARY STIFFELMAN, et al.<br>Defendant(s). | CASE NUMBER<br>2:23-cv-10152-RAO<br>**ORDER ON APPLICATION OF NON-RESIDENT ATTORNEY TO APPEAR IN A SPECIFIC CASE *PRO HAC VICE*** |

**The Court, having determined whether the required fee has been paid, and having reviewed the Application of Non-Resident Attorney to Appear in a Specific Case *Pro Hac Vice* filed by**

Griffin, Oliver D.
*Applicant's Name (Last Name, First Name & Middle Initial*

(215) 299-4384
*Telephone Number* *Fax Number*

oiliver.griffin@kutakrock.com
*E-Mail Address*

of

KUTAK ROCK LLP
2001 16TH Street, Suite 1800
Denver, CO 80202-2652
*Firm/Agency Name & Address*

**for permission to appear and participate in this case on behalf of**

Abraham Stuart Rubin, Dusty Berke, Trustee of Stuart Rubin Children's Trust; Annette and Stuart Rubin, Co-Trustees of Stuart and Annette Rubin Family Trust; ASR Development Co.

*Name(s) of Party(ies) Represent* ✓ *Plaintiff(s)* ☐ *Defendant(s)* ☐ *Other:* ______

**and designating as Local Counsel**

Perrino, Rudy R.
*Designee's Name (Last Name, First Name & Middle Initial*

190672
*Designee's Cal. Bar No.*

(213) 312-4000
*Telephone Number*

*Fax Number*

rudy.perrino@kutakrock.com
*E-Mail Address*

of

KUTAK ROCK LLP
777 S. Figueroa Street, Suite 4550
Los Angeles, CA 90017
*Firm/Agency Name & Address*

**HEREBY ORDERS THAT the Application be:**

☒ GRANTED

☐ DENIED:
- ☐ for failure to pay the required fee.
- ☐ for failure to attach a Certificate of Good Standing issued within 30 days prior to filing of Application.
- ☐ for failure to complete Application: ______
- ☐ pursuant to L.R. 83-2.1.3.2: ☐ Applicant resides in California; ☐ previous Applications listed indicate Applicant is regularly employed or engaged in business, professional, or other similar activities in California.
- ☐ pursuant to L.R. 83-2.1.3.4; Local Counsel: ☐ is not member of Bar of this Court; ☐ does not maintain office District.
- ☐ because ______

**IT IS HEREBY FURTHER ORDERED THAT the Application fee, if paid:** ☐ be refunded ☐ not be refunded.

**Dated: December 19, 2023**

Rozella A. Oliver

**U.S. ~~District Judge~~/U.S. Magistrate Judge**