Marsha A. Houston (SBN 129956)
Christopher O. Rivas (SBN 238765)
REED SMITH LLP
355 South Grand Avenue, Suite 2900
Los Angeles, CA 90071-1514
Telephone: 213.457.8000
Facsimile: 213.457.8080

Attorneys for Defendants
U.S. Real Estate Credit Holdings III-A LLP
("USRECH"), Calmwater Asset Management, LLC

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

**WESTERN DIVISION - SPRING STREET COURTHOUSE**

ABRAHAM STUART RUBIN, an individual; DUSTY BERKE, as Trustee of the STUART RUBIN CHILDREN'S TRUST; and ANNETTE AND STUART RUBIN, as Co-Trustees of the STUART AND ANNETTE RUBIN FAMILY TRUST; ASR DEVELOPMENT CO.; FORCE RUBIN, LLC; FORCE RUBIN 2, LLC,

Plaintiffs,

v.

GARY STIFFELMAN; RICHARD M. PACHULSKI; PACHULSKI STANG ZIEHL & JONES LLP, a California Limited Liability Partnership;· U.S. REAL ESTATE CREDIT HOLDINGS III-A, LP, an Irish Limited Partnership; CALMWATER ASSET MANAGEMENT, LLC, a Delaware Limited Liability Company; GREENBURG TRAURIG, LLP, a New York Limited Liability Partnership; DOE ATTORNEYS 1-50; DOE FIDUCIARIES 1-50; DOES 1-100, inclusive

Defendants.

Case No. 2:23-cv-10152

**STIPULATION EXTENDING TIME FOR RESPONSES TO COMPLAINT AND SETTING UNIFORM RESPONSE DATE**

Complaint Filed: December 1, 2023

/ / /

/ / /

The Parties hereto, by and through the respective attorneys of record, and subject to confirmation by order of the Court, hereby stipulate as follows:

1. Plaintiffs Abraham Stuart Rubin; Dusty Berke, as Trustee of The Stuart Rubin Children's Trust; Annette and Stuart Rubin, as Co-Trustees of The Stuart and Annette Rubin Family Trust; ASR Development Co.; Force Rubin, LLC; Force Rubin 2, LLC (collectively "Plaintiffs") filed the action on December 1, 2023 naming Gary Stiffelman ("Stiffelman"), Richard M. Pachulski ("Pachulski"), Pachulski Stang Ziehl & Jones LLP ("PSZJ"), U.S. Real Estate Credit Holdings III-A LLP ("USRECH"), Calmwater Asset Management, LLC ("Calmwater") and Greenberg Traurig ("Greenberg Traurig") as defendants.

2. Plaintiffs obtained a Waiver of Service of Summons from Greenberg Traurig, by and through its counsel, Jenner & Block, LLP, in accordance with which Greenberg Traurig's deadline to plead or otherwise respond to the Complaint is February 13, 2024.

3. Plaintiffs served Pachulski on December 15, 2023.

4. Plaintiffs claim to have served PSZJ and have provided counsel with a proof of service by substituted service by which a process server attests to (a) handing the Complaint to "Jane Doe" on December 6, 2023; and (b) following up with a mailing on December 7, 2023. PSZJ disputes the validity of this claimed service.

5. Plaintiffs served USRECH on December 6, 2023.

6. Plaintiffs served Calmwater on December 6, 2023.

7. Plaintiffs served Stiffelman on December 6, 2023.

8. Counsel for Plaintiffs has met and conferred with counsel for Pachulski and PSZJ, counsel for USRECH and Calmwater, and counsel for Stiffelman, in an effort to (a) eliminate a motion by PSZJ relating to the validity of service; (b) extend the time for Pachulski, PSZJ, USRECH, Calmwater, and Stiffelman, to plead or otherwise respond to the Complaint in light of the holiday

season and the schedules of counsel; and (c) arrive at a uniform date for Pachulski, PSZJ, USRECH, Calmwater, and Stiffelman, to plead or otherwise respond to the Complaint.

9. After meeting and conferring, counsel have agreed as follows:

(a) To resolve the dispute as to service on PSZJ, PSZJ agrees that it shall be deemed to have been served on December 15, 2023;

(b) It is in the interests of all Parties and the Court that a uniform responsive date be set for the responses of Pachulski, PSZJ, USRECH, Calmwater and Stiffelman, with such response date to coincide with the response date of Greenberg Traurig;

(c) Regardless of any differences in the dates of service, Pachulski, PSZJ, USRECH, Calmwater and Stiffelman shall have to and including February 13, 2024 to plead or otherwise respond to the Complaint

Dated: December 26, 2023 KUTAK ROCK LLP

By: */s/ Rudy R. Perrino*
RUDY R. PERRINO
Attorneys for Plaintiffs
Abraham Stuart Rubin Dusty Berke as Trustee of the Stuart Rubin Children's Trust Annette and Stuart Rubin, as Co-Trustees of the Stuart And Annette Rubin Family Trust, ASR Development Co., Force Rubin, LLC and Force Rubin 2, LLC

Dated: December 26, 2023

VALLE MAKOFF LLP

By: */s/ John M. Moscarino*
JOHN M. MOSCARINO
Attorneys for Defendants
Richard M. Pachulski and Pachulski Stang Ziehl & Jones LLP

Dated: December 26, 2023

REED SMITH LLP

By: */s/ Marsha Houston*
MARSHA A. HOUSTON
CHRISTOPHER O. RIVAS
Attorneys for Defendants
U.S. Real Estate Credit Holdings III-A, LP, and Calmwater Asset Management, LLC

Dated: December 26, 2023

FROST LLP

By: */s/ Christopher Frost*
CHRISTOPHER FROST
Attorneys for Defendant
Gary Stiffelman

**ORDER**

Based on the foregoing stipulation of the parties, it is hereby ordered that PSZJ shall be deemed served as of December 15, 2023 and that Pachulski, PSZJ, USRECH,Calmwater and Stiffelman shall have to and including February 13, 2024 to plead or otherwise respond to the Complaint.

DATED: ___________________ By:______________________________

United States Magistrate Judge