**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

**WESTERN DIVISION - SPRING STREET COURTHOUSE**

| | |
|---|---|
| ABRAHAM STUART RUBIN, an individual; DUSTY BERKE, as Trustee of the STUART RUBIN CHILDREN'S TRUST; and ANNETTE AND STUART RUBIN, as Co-Trustees of the STUART AND ANNETTE RUBIN FAMILY TRUST; ASR DEVELOPMENT CO.; FORCE RUBIN, LLC; FORCE RUBIN 2, LLC,<br><br>Plaintiffs,<br><br>v.<br><br>GARY STIFFELMAN; RICHARD M. PACHULSKI; PACHULSKI STANG ZIEHL & JONES LLP, a California Limited Liability Partnership;· U.S. REAL ESTATE CREDIT HOLDINGS III-A, LP, an Irish Limited Partnership; CALMWATER ASSET MANAGEMENT, LLC, a Delaware Limited Liability Company; GREENBURG TRAURIG, LLP, a New York Limited Liability Partnership; DOE ATTORNEYS 1-50; DOE FIDUCIARIES 1-50; DOES 1-100, inclusive<br><br>Defendants. | Case No. 2:23-cv-10152<br><br>**ORDER GRANTING STIPULATION EXTENDING TIME FOR RESPONSES TO COMPLAINT AND SETTING UNIFORM RESPONSE DATE**<br><br>Complaint Filed: December 1, 2023 |

/ / /

/ / /

The Court, having considered the Stipulation of Plaintiffs Abraham Stuart Rubin; Dusty Berke, as Trustee of The Stuart Rubin Children's Trust; Annette and Stuart Rubin, as Co-Trustees of The Stuart and Annette Rubin Family Trust; ASR Development Co.; Force Rubin, LLC; Force Rubin 2, LLC (collectively "Plaintiffs"), on one hand, and Gary Stiffelman ("Stiffelman"), Richard M. Pachulski ("Pachulski"), Pachulski Stang Ziehl & Jones LLP ("PSZJ"), U.S. Real Estate Credit Holdings III-A LLP ("USRECH"), Calmwater Asset Management, LLC ("Calmwater") and Greenberg Traurig ("Greenberg Traurig"), on the other hand, each by and through their respective counsel, and good cause appearing thereon,

IT IS HEREBY ORDERED that PSZJ shall be deemed served as of December 15, 2023 and that Pachulski, PSZJ, USRECH, Calmwater and Stiffelman shall have to and including February 13, 2024 to plead or otherwise respond to the Complaint.

DATED: December 28, 2023 By: Rozella A. Oliver

United States Magistrate Judge
Rozella A. Oliver