AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

for the
Central District of California

ABRAHAM STUART RUBIN, an individual; DUSTY BERKE, as Trustee of the STUART RUBIN CHILDREN'S TRUST; and ANNETTE AND STUART RUBIN, as Co-Trustees of the STUART AND ANNETTE RUBIN FAMILY TRUST; ASR DEVELOPMENT CO.; FORCE RUBIN, LLC; FORCE RUBIN 2, LLC,

*Plaintiff(s)*

v.

GARY STIFFELMAN; RICHARD M. PACHULSKI; PACHULSKI STANG ZIEHL & JONES LLP, a California Limited Liability Partnership; U.S. REAL ESTATE CREDIT HOLDINGS III-A, LP, an Irish Limited Partnership; CALMWATER ASSET MANAGEMENT, LLC, a Delaware Limited Liability Company; GREENBURG TRAURIG, LLP, a New York Limited Liability Partnership; DOE ATTORNEYS 1-50; DOE FIDUCIARIES 1-50; DOES 1-100, inclusive,

*Defendant(s)*

Civil Action No. 2:23-cv-10152 -RAO

**SUMMONS IN A CIVIL ACTION**

To: *(Defendant's name and address)*
GARY STIFFELMAN, 5011 Serena Circle Tarzana, CA 91356

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

Rudy R. Perrino
KUTAK ROCK LLP
777 South Figueroa Street, Suite 4550
Los Angeles, California 90017-5800

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

Kiry K. Gray
*CLERK OF COURT*

Date: 12/05/2023

*Signature of Clerk or Deputy Clerk*

Case 2:23-cv-10152-PVC Document 20 Filed 01/17/24 Page 2 of 3 Page ID #:185

AO 440 (Rev. 06/12) Summons in a Civil Action (Page 2)

Civil Action No. 2:23-cv-10152-RAO

## PROOF OF SERVICE

***(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))***

This summons for *(name of individual and title, if any)* ______________________________
was received by me on *(date)* ____________________

☐ I personally served the summons on the individual at *(place)* ______________________________
______________________________ on *(date)* ______________; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* ______________
______________________________, a person of suitable age and discretion who resides there,
on *(date)* ______________, and mailed a copy to the individual's last known address; or

☐ I served the summons on *(name of individual)* ______________________________, who is
designated by law to accept service of process on behalf of *(name of organization)* ______________
______________________________ on *(date)* ______________; or

☐ I returned the summons unexecuted because ______________________________; or

☐ Other *(specify)*:

My fees are $ __________ for travel and $ __________ for services, for a total of $ 0.00

I declare under penalty of perjury that this information is true.

Date: ______________

______________________________
*Server's signature*

______________________________
*Printed name and title*

______________________________
*Server's address*

Additional information regarding attempted service, etc:

Civil Action No. 2:23-cv-10152

**PROOF OF SERVICE**

***(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))***

This summons for *(name of individual and title, if any)* GARY STIFFELMAN was received by me on *(date)* 12-5-23.

- [X] I personally served the summons on the individual at *(place)* 5011 North Serena Circle, Tarzana, CA 91356 on *(date)* Wed, Dec 06 2023 ; or
- [ ] I left the summons at the individual's residence or usual place of abode with *(name)* ____________________ , a person of suitable age and discretion who resides there, on *(date)* ____________________ , and mailed a copy to the individual's last known address; or
- [ ] I served the summons on *(name of individual)* ____________________ , who is designated by law to accept service of process on behalf of *(name of organization)* ____________________ on *(date)* ____________________; or
- [ ] I returned the summons unexecuted because: ____________________; or
- [ ] Other: ____________________; or

My fees are $ ____________________ for travel and $ 95.00 for services, for a total of $ 95.00.

I declare under penalty of perjury that this information is true.

Date: 12/06/2023

[signature]

*Server's signature*

Kirk Jackson Los Angeles 5922

*Printed name and title*

18013 Sky Park Cir Suite C, Irvine, CA 92614

*Server's address*

Additional information regarding attempted service, etc.:
1) Successful Attempt: Dec 6, 2023, 8:27 am PST at 5011 North Serena Circle, Tarzana, CA 91356 received by GARY STIFFELMAN. Age: 60s; Ethnicity: Caucasian; Gender: Male; Weight: 180; Height: 6'0"; Hair: Gray; Eyes: Brown;

Additional Documents Served: Plaintiffs' Complaint