AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

for the
Central District of California

ABRAHAM STUART RUBIN, an individual; DUSTY BERKE, as Trustee of the STUART RUBIN CHILDREN'S TRUST; and ANNETTE AND STUART RUBIN, as Co-Trustees of the STUART AND ANNETTE RUBIN FAMILY TRUST; ASR DEVELOPMENT CO.; FORCE RUBIN, LLC; FORCE RUBIN 2, LLC,

*Plaintiff(s)*

v.

GARY STIFFELMAN; RICHARD M. PACHULSKI; PACHULSKI STANG ZIEHL & JONES LLP, a California Limited Liability Partnership; U.S. REAL ESTATE CREDIT HOLDINGS III-A, LP, an Irish Limited Partnership; CALMWATER ASSET MANAGEMENT, LLC, a Delaware Limited Liability Company; GREENBURG TRAURIG, LLP, a New York Limited Liability Partnership; DOE ATTORNEYS 1-50; DOE FIDUCIARIES 1-50; DOES 1-100, inclusive,

*Defendant(s)*

Civil Action No. 2:23-cv-10152 -RAO

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*
PACHULSKI STANG ZIEHL & JONES LLP, a California Limited Liability Partnership
10100 Santa Monica Blvd., 13th Floor
Los Angeles, CA 90067

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

Rudy R. Perrino
KUTAK ROCK LLP
777 South Figueroa Street, Suite 4550
Los Angeles, California 90017-5800

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

Kiry K. Gray
*CLERK OF COURT*

Date: 12/05/2023

*Signature of Clerk or Deputy Clerk*

Civil Action No. 2:23-cv-10152-RAO

**PROOF OF SERVICE**

***(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))***

This summons for *(name of individual and title, if any)* ____________________
was received by me on *(date)* ____________________

☐ I personally served the summons on the individual at *(place)* ____________________
____________________ on *(date)* ____________________; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* ____________________
____________________, a person of suitable age and discretion who resides there,
on *(date)* ____________________, and mailed a copy to the individual's last known address; or

☐ I served the summons on *(name of individual)* ____________________, who is
designated by law to accept service of process on behalf of *(name of organization)* ____________________
____________________ on *(date)* ____________________; or

☐ I returned the summons unexecuted because ____________________; or

☐ Other *(specify)*:

My fees are $ ________ for travel and $ ________ for services, for a total of $ 0.00

I declare under penalty of perjury that this information is true.

Date: ____________________

____________________
*Server's signature*

____________________
*Printed name and title*

____________________
*Server's address*

Additional information regarding attempted service, etc:

Civil Action No. 2:23-cv-10152

**PROOF OF SERVICE**

***(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))***

This summons for *(name of individual and title, if any)* PACHULSKI STANG ZIEHL & JONES LLP, a California Limited Liability Partnership was received by me on *(date)* 12-5-23.

☐ I personally served the summons on the individual at *(place)* ____________________ on *(date)* ____________________; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* ____________________ , a person of suitable age and discretion who resides there, on *(date)* ____________________ , and mailed a copy to the individual's last known address; or

☒ I served the summons on *(name of individual)* Jane "Doe" , who is designated by law to accept service of process on behalf of *(name of organization)* PACHULSKI STANG ZIEHL & JONES LLP, a California Limited Liability Partnership on *(date)* Wed, Dec 06 2023 ; or

☐ I returned the summons unexecuted because: ____________________; or

☐ Other: ____________________; or

My fees are $ ____________________ for travel and $ 95.00 for services, for a total of $ 95.00.

I declare under penalty of perjury that this information is true.

Date: 12/07/2023

[signature]

*Server's signature*

Manuel Romero

*Printed name and title*

18013 Sky Park Cir Suite C, Irvine, CA 92614

*Server's address*

Additional information regarding attempted service, etc.:
1) Successful Attempt: Dec 6, 2023, 2:38 pm PST at 10100 Santa Monica Boulevard 13th Floor, Los Angeles, CA 90067 received by Jane "Doe". Age: 40, ; Ethnicity: African American; Gender: Female; Weight: 180; Height: 5'7"; Hair: Black; Eyes: Brown; This location is a secured building. I gained access and had to sub-serve the receptionist that tried to avoid service.

2)Copy mailed on 12-7-23 from Irvine, CA

Additional Documents Served: Plaintiffs' Complaint