AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

for the
Central District of California

ABRAHAM STUART RUBIN, an individual; DUSTY BERKE, as Trustee of the STUART RUBIN CHILDREN'S TRUST; and ANNETTE AND STUART RUBIN, as Co-Trustees of the STUART AND ANNETTE RUBIN FAMILY TRUST; ASR DEVELOPMENT CO.; FORCE RUBIN, LLC; FORCE RUBIN 2, LLC,

*Plaintiff(s)*

v.

GARY STIFFELMAN; RICHARD M. PACHULSKI; PACHULSKI STANG ZIEHL & JONES LLP, a California Limited Liability Partnership; U.S. REAL ESTATE CREDIT HOLDINGS III-A, LP, an Irish Limited Partnership; CALMWATER ASSET MANAGEMENT, LLC, a Delaware Limited Liability Company; GREENBURG TRAURIG, LLP, a New York Limited Liability Partnership; DOE ATTORNEYS 1-50; DOE FIDUCIARIES 1-50; DOES 1-100, inclusive,

*Defendant(s)*

Civil Action No. 2:23-cv-10152 -RAO

**SUMMONS IN A CIVIL ACTION**

To: *(Defendant's name and address)*
RICHARD M. PACHULSKI
10460 Revuelta Way
Los Angeles CA 90077

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

Rudy R. Perrino
KUTAK ROCK LLP
777 South Figueroa Street, Suite 4550
Los Angeles, California 90017-5800

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

Kiry K. Gray
*CLERK OF COURT*

Date: 12/05/2023

*Signature of Clerk or Deputy Clerk*

Civil Action No. 2:23-cv-10152-RAO

**PROOF OF SERVICE**

***(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))***

This summons for *(name of individual and title, if any)* ______________________________
was received by me on *(date)* ____________________

☐ I personally served the summons on the individual at *(place)* ______________________________
______________________________ on *(date)* ____________; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* ______________
______________________________, a person of suitable age and discretion who resides there,
on *(date)* ____________, and mailed a copy to the individual's last known address; or

☐ I served the summons on *(name of individual)* ______________________________, who is
designated by law to accept service of process on behalf of *(name of organization)* ______________
______________________________ on *(date)* ____________; or

☐ I returned the summons unexecuted because ______________________________; or

☐ Other *(specify)*:

My fees are $ __________ for travel and $ __________ for services, for a total of $ 0.00

I declare under penalty of perjury that this information is true.

Date: ____________________

______________________________
*Server's signature*

______________________________
*Printed name and title*

______________________________
*Server's address*

Additional information regarding attempted service, etc:

AO 440 (Rev. 06/12) Summons in a Civil Action (Page 2)

Civil Action No. 2:23-cv-10152

**PROOF OF SERVICE**

***(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))***

This summons for *(name of individual and title, if any)* RICHARD M. PACHULSKI was received by me on *(date)* 12/6/23.

[X] I personally served the summons on the individual at *(place)* 10460 Revuelta Way, Los Angeles, CA 90077 on *(date)* Fri, Dec 15 2023 ; or

[ ] I left the summons at the individual's residence or usual place of abode with *(name)* ____________________ , a person of suitable age and discretion who resides there, on *(date)* ____________________ , and mailed a copy to the individual's last known address; or

[ ] I served the summons on *(name of individual)* ____________________ , who is designated by law to accept service of process on behalf of *(name of organization)* ____________________ on *(date)* ____________________; or

[ ] I returned the summons unexecuted because: ____________________; or

[ ] Other: ____________________; or

My fees are $ ____________________ for travel and $ ____________________ for services, for a total of $ ____________________.

I declare under penalty of perjury that this information is true.

Date: 12/15/2023

[signature]

*Server's signature*

Manuel Romero LA 2020059181

*Printed name and title*

18013 Sky Park Cir Suite C, Irvine, CA 92614

*Server's address*

Additional information regarding attempted service, etc.:
1) Unsuccessful Attempt: Dec 8, 2023, 1:20 pm PST at 400 North Canon Drive, Beverly Hills, CA 90210
I arrived at 12pm and the individual was not seated at the table that he normally sits at, I looked around the restaurant and I was seated at a table that I can see the table in sight, I waited till 1:25pm and he did not arrive,

2) Unsuccessful Attempt: Dec 13, 2023, 7:40 am PST at Home: 10460 Revuelta Way, Los Angeles, CA 90077
I arrived at the residence at 7:40am and I positioned myself towards the residence, I waited till 10:05 and I did not see a jaguar vehicle leave the residence, I did see a pet groomer arrive and other people that work for this individual at this residence..

3) Unsuccessful Attempt: Dec 14, 2023, 7:45 am PST at Home: 10460 Revuelta Way, Los Angeles, CA 90077
Arrived at the residence at 745am, there was activity at the property with security and a Tesla entering the gate. After a 2 hours takeout, I did not see any sign of Richard or his vehicle.

4) Successful Attempt: Dec 15, 2023, 7:45 am PST at Home: 10460 Revuelta Way, Los Angeles, CA 90077 received by RICHARD M. PACHULSKI. Age: 60; Ethnicity: Caucasian; Gender: Male; Weight: 185; Height: 5'7"; Hair: Gray; Eyes: Brown; Arrived at residence at 745am and was able to locate Richard in a black jaguar. Followed vehicle to his office address of 10100 Santa Monica Blvd Los Angeles, CA 90067, where Richard parked in his assigned parking space. I met Richard in the parking lot

of his business where he refused to accept service. I placed the documents at his feet and advised he had been served with a Summons. He stepped on the documentation and then stated I was threatening him and that he was going to call the police.