GRIFFIN PARTNERS LLP
Oliver D. Griffin (admitted *pro hac vice*)
123 South Broad Street, Suite 1670
Philadelphia, PA 19109
Tel: (267) 499-3273
Fax: (267) 427-8139
Email: oliver.griffin@griffinlawllp.com

Attorneys for Plaintiffs
ABRAHAM STUART RUBIN, DUSTY BERKE, as Trustee of the STUART RUBIN CHILDREN'S TRUST; ANNETTE AND STUART RUBIN, as Co-Trustees of the STUART AND ANNETTE RUBIN FAMILY TRUST; ASR DEVEL j v OPMENT CO., FORCE RUBIN, LLC and FORCE RUBIN 2, LLC

**UNITED STATES DISTRICT COURT**

**FOR THE CENTRAL DISTRICT OF CALIFORNIA**

**WESTERN DIVISION**

| | |
|---|---|
| ABRAHAM STUART RUBIN, et al.,<br><br>Plaintiffs,<br><br>vs.<br><br>GARY STIFFELMAN, et al.,<br><br>Defendants. | Case No. 2:23-cv-10152-RAO<br><br>**OLIVER D. GRIFFIN"S MOTION TO WITHDRAW AS COUNSEL TO PLAINTIFFS**<br><br>[Declaration of Oliver Griffin filed concurrently]<br><br>[Proposed Order Lodged Concurrently]<br><br>Date: February 28, 2024<br>Time: 10:00 a.m.<br>Courtroom: 590 [Roybal Federal Building] |

**TO ALL PARTIES AND THEIR COUNSEL OF RECORD:**

**PLEASE TAKE NOTICE:** pursuant to Local Rule 83-2.3, Oliver D. Griffin files this motion to withdraw as counsel to Plaintiffs ABRAHAM STUART RUBIN, DUSTY BERKE, as Trustee of the STUART RUBIN CHILDREN'S TRUST; ANNETTE AND STUART RUBIN, as Co-Trustees of the STUART AND ANNETTE RUBIN FAMILY TRUST; ASR DEVELOPMENT CO., FORCE RUBIN, LLC and FORCE RUBIN 2,

LLC (collectively, "Plaintiffs").

Mr. Griffin's motion is based on this Notice of Motion and Motion, the attached Memorandum of Points and Authorities, and the concurrently-filed Declaration of Oliver D. Griffin, the Proposed Order submitted herewith, any additional briefing on this subject, and any evidence and arguments that Mr. Grifin may present to the Court at the hearing on this matter or otherwise.

Dated: January 25, 2024

By: */s/ Oliver D. Griffin*
Oliver D. Griffin
Attorneys for Plaintiffs
ABRAHAM STUART RUBIN, DUSTY BERKE, as Trustee of the STUART RUBIN CHILDREN'S TRUST; ANNETTE AND STUART RUBIN, as Co-Trustees of the STUART AND ANNETTE RUBIN FAMILY TRUST; ASR DEVELOPMENT CO., FORCE RUBIN, LLC and FORCE RUBIN 2, LLC

# MEMORANDUM OF POINTS AND AUTHORITIES

## I.

## OVERVIEW

Oliver D. Griffin respectfully submits this motion to withdraw as counsel to the Plaintiffs in this action. As the docket reflects, the Plaintiffs filed their Complaint on December 1, 2023 with Kutak Rock, LLP as their counsel. Dkt. No. 1. On December 19, 2023, the Court entered an order granting Oliver D. Griffin's application to appear pro hac vice on behalf of the Plaintiffs. Dkt. No. 15. At that time, Mr. Griffin was a partner of Kutak Rock, LLP. In January 2024, Mr. Griffin left Kutak Rock, LLP and formed a new firm, Griffin Partners, LLP. Neither Mr. Griffin nor Griffin Partners LPP have an engagement agreement with any of the Plaintiffs, nor does they seek to or anticipate entering into an engagement agreement with any of them. Accordingly, Mr. Griffin respectfully seeks an order of the Court permitting its withdrawal as counsel to Plaintiffs in this proceeding.

## II.

## RELEVANT FACTUAL BACKGROUND

Plaintiffs filed their Complaint on December 1, 2023 alleging claims for relief including breach of fiduciary duty, legal malpractice, conspiracy, violations of the Racketeer Influenced and Corrupt Organizations Act, 18 U.S.C. § 1961(c), and fraudulent inducements. See Dkt. 1; Griffin Decl., ¶ 1. Plaintiffs are represented by Kutak Rock, LLP. Id. On December 15, 2023, Mr. Griffin, through co-counsel at Kutak Rock, LLP, filed an Application to Appear Pro Hac Vice for Plaintiffs, which the Court granted via an order entered on December 19, 2023. Dkt. Nos. 14-15; Griffin Decl., ¶ 1. At the time, Mr. Griffin was a partner in Kutak Rock, LLP's Colorado office. Id.

In January 2024, Mr. Griffin left Kutak Rock, LLP to form his own practice, Griffin Partners LLP. Dkt No. 26; Griffin Decl., ¶ 3. Neither Mr. Griffin nor Griffin Partners LLP have an engagement agreement with Plaintiffs, or any of them, nor does not it seek to obtain such an agreement or anticipate entering into such an agreement. Id.

As of the date of filing this motion, none of the Defendants have filed a response to the Complaint and no other motions are pending. Id., ¶ 4. Prior to filing the motion, Mr. Griffin gave written notice to the Plaintiffs. Id., ¶ 5. Pursuant to Local Rule 83-2.3.4, Mr. Griffin also advised in writing the corporate plaintiffs of the consequences of their inability to appear *pro se*. Id. Finally, prior to filing the motion, Mr. Griffin informed counsel for all other parties of its intent to do so and asked if any counsel objected. Id., ¶ 6, Ex. A.

## III.

## ANALYSIS

Under the Local Rules, "[a]n attorney may not withdraw as counsel except by leave of court." L-R 83-2.3.2; see also *Darby v. City of Torrance*, 810 F. Supp. 275, 276 (C.D. Cal. 1992). "A motion for leave to withdraw must be made upon written notice given reasonably in advance to the client and to all other parties who have appeared in the action." L-R 83-2.3.2.

A district court has discretion to permit or any an attorney's withdrawal. *Huntington Learning Ctrs., Inc. v. Educ. Gateway, Inc.*, No. 2:09-cv-3200 PSG (VBKx), 2009 WL 2337863 at *1 (C.D. Cal. July 28, 2009). Courts usually consider four factors in ruling on a motion to withdraw: "(1) the reasons why withdrawal is sought; (2) the prejudice withdrawal may cause to other litigants; (3) the harm withdrawal might cause to the administration of justice; and (4) the degree to which withdrawal will delay the resolution of the case." *Id.*

Mr. Griffin respectfully submits that consideration of these factors warrants the granting of this motion. First, withdrawal is mandatory where the attorney "knows or reasonably should know that the representation will results in violation of [the California Rules of Professional Responsibility] or the State Bar Act." CRPC 1.16(a)(2). Here, Mr. Griffin does not have a written engagement agreement with the Plaintiffs, as is required by Business & Professions Code Section 6148. Bus. & Prof. Code § 6148(a). Nor does Mr. Griffin seek such an agreement or anticipate executing one with any of the Plaintiffs.

Griffin Decl., ¶ 3. Mr. Griffin's withdrawal is mandatory on that basis alone.[1] Id., ¶ 7.

Second, Mr. Griffin's withdrawal will not prejudice Plaintiffs or any of the other litigants. While Plaintiffs are at the present time still represented by Kutak Rock, LLP, Mr. Griffin has nonetheless complied with its obligation under Local Rule 83-2.3.4 and has advised in writing the corporate plaintiffs of the consequences of their inability to appear *pro se*. Id., ¶ 5. None of the other parties will be prejudiced by Mr. Griffin's withdrawal given that this matter was filed as recently as December 2023 and no other motions are pending. Id., ¶ 8.

Third and fourth, Mr. Griffin's withdrawal will not harm the administration of justice, nor will it cause any conceivable delay to the proceeding. Id., ¶ 9. As noted above, this matter is entirely in its infancy. Plaintiffs continue at this time to be represented by another law firm. Regardless, the individual plaintiffs are able to engage other counsel or represent themselves pro se, and the corporate plaintiffs are similarly able to engage counsel of their choosing and have been advised of their inability to represent themselves.

## IV.

## CONCLUSION

Based on the foregoing, Oliver D. Griffin respectfully request that the Court grant his motion and permit his withdrawal as counsel of record to all Plaintiffs in this matter.

Dated: January 25, 2024

By: */s/ Oliver D. Griffin*
Oliver D. Griffin
Attorneys for Plaintiffs
ABRAHAM STUART RUBIN, DUSTY BERKE, as Trustee of the STUART RUBIN CHILDREN'S TRUST; ANNETTE AND STUART RUBIN, as Co-Trustees of the

[1] Should the Court require further information regarding the specific grounds for Mr. Griffin's withdrawal, Mr. Griffin respectfully requests the opportunity to submit an additional declaration for the Court's *in camera* review.

STUART AND ANNETTE RUBIN FAMILY TRUST; ASR DEVELOPMENT CO., FORCE RUBIN, LLC and FORCE RUBIN 2, LLC

# CERTIFICATE OF SERVICE

I am over the age of 18 years and not a party to the action; my business address is Griffin Partners, LLP, 123 S. Broad Street, Suite 1670, Philadelphia, PA 19109.

On January 25, 2024 I served the **OLIVER D. GRIFFIN AND GRIFFIN LAW PARTNERS, LLP'S NOTICE OF MOTION AND MOTION TO WITHDRAW AS COUNSEL TO PLAINTIFFS** on the interested parties in this action by placing the true copy thereof, enclosed in a sealed envelope, postage prepaid, addressed to:

Rudy R. Perrino
Kutak Rock LLP
777 South Figueroa Street Suite 4550
Los Angeles, CA 90017
213-312-4000
Fax: 213-312-4001
Email: rudy.perrino@kutakrock.com
*Attorneys for Plaintiffs*

John M Moscarino
Valle Makoff LLP
11777 San Vicente Boulevard, Suite 890
Los Angeles, CA 90049
310-476-0300
Fax: 310-476-0333
Email: jmoscarino@vallemakoff.com
*Attorneys for Defendants Pachulski Stang Ziehl and Jones LLP and Richard Pachulski*

Christopher L. Frost
Frost LLP
Litigation
10960 Wilshire Boulevard, Suite 1260
Los Angeles, CA 90024
424-254-0441
Email: chris@frostllp.com
*Attorneys for Defendant Gary Stiffelman*

Marsha A. Houston
Reed Smith LLP
355 South Grand Avenue Suite 2900
Los Angeles, CA 90071
213-457-8000
Fax: 213-457-8080
Email: mhouston@reedsmith.com
*Attorneys for Defendants U.S. Real Estate Credit Holdings III-A, LLP and Calmwater Asset Management, LLC*

☒ **(BY E-MAIL OR ELECTRONIC TRANSMISSION)**
The document was served on the following via The United States District Court – Central District's CM/ECF electronic transfer system which generates a Notice of Electronic Filing upon the parties, the assigned judge, and any registered user in the case:

☒ **(STATE)** I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Executed on January 25, 2024 here, in Edwards, Colorado.

*/s/ Oliver D. Griffin*
Oliver D. Griffin