GRIFFIN PARTNERS LLP
Oliver D. Griffin (admitted *pro hac vice*)
123 South Broad Street, Suite 1670
Philadelphia, PA 19109
Tel: (267) 499-3273
Fax: (267) 427-8139
Email: oliver.griffin@griffinlawllp.com

Attorneys for Plaintiffs
ABRAHAM STUART RUBIN, DUSTY BERKE, as Trustee of the STUART RUBIN CHILDREN'S TRUST; ANNETTE AND STUART RUBIN, as Co-Trustees of the STUART AND ANNETTE RUBIN FAMILY TRUST; ASR DEVEL j v OPMENT CO., FORCE RUBIN, LLC and FORCE RUBIN 2, LLC

**UNITED STATES DISTRICT COURT**

**FOR THE CENTRAL DISTRICT OF CALIFORNIA**

**WESTERN DIVISION**

ABRAHAM STUART RUBIN, et al.,

Plaintiffs,

vs.

GARY STIFFELMAN, et al.,

Defendants.

Case No. 2:23-cv-10152-RAO

**OLIVER D. GRIFFIN"S PROOF OF SERVICE OF MOTION TO WITHDRAW AS COUNSEL TO PLAINTIFFS**

[Declaration of Oliver Griffin filed concurrently]

[Proposed Order Lodged Concurrently]

Date: February 28, 2024
Time: 10:00 a.m.
Courtroom: 590 [Roybal Federal Building]

**<u>PROOF OF SERVICE OF MOTION TO WITHDRAW AS COUNSEL TO PLAINTIFFS</u>**

I, the undersigned, certify and declare that I served a true copy of the Motion to Withdraw as Counsel to Plaintiffs, by depositing it in the United States Mail in a sealed

envelope with the postage thereon fully prepaid to the following:

Stuart Rubin Children's Trust c/o Abraham Stuart Rubin
President and CEO
ASR Development Company
269 S. Beverly Dr., Suite 1455
Beverly Hills, CA 90212

Stuart and Annette Rubin Family Trust c/o Abraham Stuart Rubin
President and CEO
ASR Development Company
269 S. Beverly Dr., Suite 1455
Beverly Hills, CA 90212

ASR Development Co. c/o Abraham Stuart Rubin President and CEO
ASR Development Company
269 S. Beverly Dr., Suite 1455
Beverly Hills, CA 90212

Force Rubin, LLC
c/o Abraham Stuart Rubin President and CEO
ASR Development Company
269 S. Beverly Dr., Suite 1455
Beverly Hills, CA 90212

Force Rubin 2, LLC
c/o Abraham Stuart Rubin President and CEO
ASR Development Company
269 S. Beverly Dr., Suite 1455

Beverly Hills, CA 90212

Dusty Berke as Trustee of Stuart Rubin Children's Trust c/o Abraham Stuart Rubin

President and CEO

ASR Development Company

269 S. Beverly Dr., Suite 1455

Beverly Hills, CA 90212

Annette and Stuart Rubin, as Co-Trustees of the Stuart and Annette Rubin Family Trust c/o Abraham Stuart Rubin

President and CEO

ASR Development Company

269 S. Beverly Dr., Suite 1455

Beverly Hills, CA 90212

Dated: January 26, 2024

By: /s/Oliver D.Griffin
Oliver D. Griffin
Attorneys for Plaintiffs
ABRAHAM STUART RUBIN, DUSTY BERKE, as Trustee of the STUART RUBIN CHILDREN'S TRUST; ANNETTE AND STUART RUBIN, as Co-Trustees of the STUART AND ANNETTE RUBIN FAMILY TRUST; ASR DEVELOPMENT CO., FORCE RUBIN, LLC and FORCE RUBIN 2, LLC