Rudy R. Perrino (SBN: 190672)
**KUTAK ROCK LLP**
777 South Figueroa Street, Suite 4550
Los Angeles, California 90017-5800
Telephone: (213) 312-4000
Facsimile: (213) 312-4001
E-Mail: rudy.perrino@kutakrock.com

Oliver D. Griffin (Pennsylvania Bar No. 88026) Admitted *Pro Hac Vice*
**GRIFFIN PARTNERS LLP**
123 S. Broad Street, Suite 1670
Philadelphia, PA 19109
Telephone: (267) 313-0766
Facsimile: (267) 427-8139
E-Mail: oliver.griffin@griffinlawllp.com

Attorneys for Plaintiffs,
ABRAHAM STUART RUBIN, DUSTY BERKE as Trustee of the STUART RUBIN CHILDREN'S TRUST, ANNETTE AND STUART RUBIN, as Co-Trustees of the STUART AND ANNETTE RUBIN FAMILY TRUST, ASR DEVELOPMENT CO., FORCE RUBIN, LLC AND FORCE RUBIN 2, LLC

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA - WESTERN DIVISION

ABRAHAM STUART RUBIN, an individual; DUSTY BERKE, as Trustee of the STUART RUBIN CHILDREN'S TRUST; and ANNETTE AND STUART RUBIN, as Co-Trustees of the STUART AND ANNETTE RUBIN FAMILY TRUST; ASR DEVELOPMENT CO.; FORCE RUBIN, LLC; FORCE RUBIN 2, LLC,

Plaintiffs,

v.

GARY STIFFELMAN; RICHARD M. PACHULSKI; PACHULSKI STANG ZIEHL & JONES LLP, a California Limited Liability Partnership; U.S. REAL ESTATE CREDIT HOLDINGS III-A, LP, an Irish Limited Partnership, et al.

Defendants.

Case No. 2:23-cv-10152-ROA

**NOTICE OF MOTION AND MOTION TO WITHDRAW AS COUNSEL FOR PLAINTIFFS; MEMORANDUM OF POINTS AND AUTHORITIES; AND DECLARATION OF RUDY R. PERRINO, IN SUPPORT THEREOF**

Date: February 21, 2024____________
Time: 10:00 a.m.
Courtroom: 590
Location: 255 E. Temple Street
Los Angeles, CA 90012

TO THE COURT, ALL PARTIES, AND THEIR COUNSELS OF RECORD:

**NOTICE IS HEREBY GIVEN** that on **February 21, 2024, 10:00 at a.m.**, or as soon thereafter as the matter can be heard in Courtroom 590, of the above-mentioned court, 255 E. Temple Street, Los Angeles, California 90012, Rudy R. Perrino, of KUTAK ROCK LLP, and counsel of record for Plaintiffs herein, will move this Court for an Order allowing KUTAK ROCK LLP to withdraw as counsel of record in this matter, as set forth below.

Dated: January 26, 2024

**KUTAK ROCK LLP**

By: [signature]
Rudy R. Perrino
Attorneys for Plaintiffs
ABRAHAM STUART RUBIN, DUSTY BERKE as Trustee of the STUART RUBIN CHILDREN'S TRUST, ANNETTE AND STUART RUBIN, as Co-Trustees of the STUART AND ANNETTE RUBIN FAMILY TRUST, ASR DEVELOPMENT, INC., FORCE RUBIN, LLC AND FORCE RUBIN 2, LLC

## MEMORANDUM OF POINTS AND AUTHORITIES

## I. INTRODUCTION

Pursuant to Local Rule 83-2.3.2, KUTAK ROCK LLP hereby moves the Court for an order allowing the firm to withdraw as counsel of record. As explained herein, good cause exists for the requested relief and, given the nascent stage of the litigation, no prejudice can result to either Plaintiffs or the Defendants. Accordingly, KUTAK ROCK LLP respectfully requests the Court grant its Motion to Withdraw and remove from ECF references to attorneys at KUTAK ROCK LLP as counsel of record in this matter.

## II. FACTUAL BACKGROUND

Plaintiffs filed the complaint in this matter on December 1, 2023 with Rudy R. Perrino of KUTAK ROCK LLP as local counsel, and Oliver Griffin of KUTAK ROCK LLP as lead counsel for the client. Declaration of Rudy R. Perrino ("Perrino Decl."), ¶ 3 & Dkt. No. 1. In January 2024, Mr. Griffin left KUTAK ROCK LLP and formed a new firm, Griffin Partners, LLP. See Dkt. No. 30-1, Declaration of Oliver D. Griffin submitted in Support of his Motion to Withdraw as Counsel, ¶ 3 & **Exhibit 1** at Page ID # 254-256. As of the filing of this Motion, no Defendant has yet filed a responsive pleading in the case and no motions have been filed. Perrino Decl., ¶ 3.

Recent events in this, and in other matters where KUTAK ROCK LLP currently represents some of the plaintiffs' interests, have revealed several ethical concerns, conflicts with the clients, and other concerns that have caused a complete breakdown in the attorney-client relationship impairing our ability to competently represent the plaintiffs in this matter going forward. Perrino Decl., ¶ 4. The nature of the ethical concerns, conflicts and other concerns cannot be revealed without divulging client confidences or breaching ethical duties. Id. However, in counsel's view, the ethical concerns, conflicts and other concerns provide a sufficient basis under various permissive grounds for withdrawal contained in California Rule of

Professional Responsibility 1.16(b). Id.[1]

Prior to filing this Motion, Rudy Perrino of KUTAK ROCK LLP notified all counsel for Defendants as well as the Plaintiffs themselves of the intention to file this Motion. Perrino Decl., ¶ 5. Formal notice of this Motion has been similarly provided. Id.

**III. ARGUMENT**

Under the local rules of this court, "[a]n attorney may not withdraw as counsel except by leave of court." Local Rule 83-2.3.2; *Darby v. City of Torrance*, 810 F. Supp. 275, 276 (C.D. Cal. 1992). "The decision to grant or deny counsel's motion to withdraw is within the discretion of the trial court." *Id*. citing *Irwin v. Mascott*, No. 97-4737, 2004 U.S. Dist. LEXIS 28264, at *3 (N.D.Cal. Dec. 1, 2004). In deciding a Motion to Withdraw, courts typically consider four factors: "(1) the reasons why withdrawal is sought; (2) the prejudice withdrawal may cause to other litigants; (3) the harm withdrawal might cause to the administration of justice; and (4) the degree to which withdrawal will delay the resolution of the case." *Id*. quoting *Irwin* at *2-*3.

While there are numerous reasons for the withdrawal, due to ethical restrictions on what information can be shared, counsel is limited to sharing generalities where client confidences are concerned. *See* California Rule of Court 3.1362(c). As explained in the Declaration of Rudy R. Perrino, recent events in this, and in other matters where KUTAK ROCK LLP currently represents some of the plaintiffs' interests, have revealed several ethical concerns, conflicts with the clients, and other concerns that have caused a complete breakdown in the attorney-client relationship impairing our ability to competently represent the plaintiffs in this matter going forward. Perrino Decl., ¶ 4. To the extent the Court is not satisfied with these generalities, counsel requests the Court conduct further inquiry *in camera* to ensure

[1] If the Court wishes to inquire further at the hearing as to the reasons for withdrawal, counsel respectfully requests the Court do so *in camera*.

client confidences can be maintained.

As detailed in the Declaration of Rudy R. Perrino, the complaint was just filed on December 1, 2023, none of the defendants has yet appeared in the matter, and no motions have been filed. Perrino Decl., ¶ 3. As such, it is hard, if not impossible, to see the prejudice to any of the defendants. Moreover, because the case has only recently been filed, plaintiffs will have ample time to secure replacement counsel, should they choose to continue to pursue their claims. Accordingly, no harm to the administration of justice can befall this case as a result of withdrawal at this early stage. Moreover, allowing withdrawal at this early stage of the case cannot delay resolution of the case for any significant amount of time.

Good cause for withdrawal therefore exists and the court should grant KUTAK ROCK LLP's request to withdraw.

## IV. CONCLUSION

For the foregoing reasons, KUTAK ROCK LLP respectfully requests the Court grant its Motion to Withdraw and delete references to its attorneys as counsel of record in this matter.

Dated: January 26, 2024

**KUTAK ROCK LLP**

By: [signature]
Rudy R. Perrino
Attorneys for Plaintiffs
ABRAHAM STUART RUBIN, DUSTY BERKE as Trustee of the STUART RUBIN CHILDREN'S TRUST, ANNETTE AND STUART RUBIN, as Co-Trustees of the STUART AND ANNETTE RUBIN FAMILY TRUST, ASR DEVELOPMENT, INC., FORCE RUBIN, LLC AND FORCE RUBIN 2, LLC

**DECLARATION OF RUDY R. PERRINO**

I, RUDY PERRINO, hereby declare as follows:

1. I am an attorney duly licensed to practice before all of the courts of the State of California and United States of America. I am a partner at the law firm KUTAK ROCK LLP, attorneys of record for Plaintiffs, ABRAHAM STUART RUBIN, DUSTY BERKE as Trustee of the STUART RUBIN CHILDREN'S TRUST, ANNETTE AND STUART RUBIN, as Co-Trustees of the STUART AND ANNETTE RUBIN FAMILY TRUST, ASR DEVELOPMENT CO., FORCE RUBIN, LLC and FORCE RUBIN 2, LLC in the above-captioned matter. I make this declaration in support of KUTAK ROCK LLP's Motion to Withdraw as Counsel for Plaintiffs.

2. All of the facts stated herein are of my own personal knowledge and if called and sworn as a witness, I would and could competently testify thereto.

3. On December 1, 2023, I filed on behalf of plaintiffs in this matter with myself as local counsel, and Oliver Griffin of KUTAK ROCK LLP as lead counsel for the clients. See Dkt. No. 1. As of the filing of this Motion, no Defendant has yet filed a responsive pleading in the case and no motions have been filed.

4. Recent events in this, and in other matters where KUTAK ROCK LLP currently represents some of the plaintiffs' interests, have revealed several ethical concerns, conflicts with the clients, and other concerns that have caused a complete breakdown in the attorney-client relationship impairing our ability to competently represent the plaintiffs in this matter going forward. The nature of the ethical concerns, conflicts and other concerns cannot be revealed without divulging client confidences or breaching ethical duties. However, in my view, the ethical concerns, conflicts and other concerns provide a sufficient basis under various permissive grounds for withdrawal contained in California Rule of Professional Responsibility 1.16(b).

/ / /

5. Prior to filing this Motion, I notified all counsel for Defendants as well as the Plaintiffs themselves of the intention to file this Motion.

I declare under penalty of perjury, under the laws of the United States of America, that the foregoing is true and correct.

Executed this 26th day of January, 2024, at Los Angeles, California.

Rudy R. Perrino, Declarant

## CERTIFICATE OF SERVICE

I hereby certify that on January 26, 2024, I caused to be electronically filed the foregoing document(s) **NOTICE OF MOTION AND MOTION TO WITHDRAW AS COUNSEL FOR PLAINTIFFS; MEMORANDUM OF POINTS AND AUTHORITIES; AND DECLARATION OF RUDY R. PERRINO, IN SUPPORT THEREOF** with the Clerk of the Court by using the CM/ECF system. Participants in the case who are registered CM/ECF users will be served by the CM/ECF system. Participants in the case who are not registered CM/ECF users will be served by mail, electronic mail, or by other means permitted by the court rules.

Dated: January 26, 2024

**KUTAK ROCK LLP**

By: [signature]
Rudy R. Perrino
Attorneys for Plaintiffs
ABRAHAM STUART RUBIN, DUSTY BERKE as Trustee of the STUART RUBIN CHILDREN'S TRUST, ANNETTE AND STUART RUBIN, as Co-Trustees of the STUART AND ANNETTE RUBIN FAMILY TRUST, ASR DEVELOPMENT, INC., FORCE RUBIN, LLC AND FORCE RUBIN 2, LLC