Rudy R. Perrino (SBN: 190672)
**KUTAK ROCK LLP**
777 South Figueroa Street, Suite 4550
Los Angeles, California 90017-5800
Telephone: (213) 312-4000
Facsimile: (213) 312-4001
E-Mail: rudy.perrino@kutakrock.com

Oliver D. Griffin (Pennsylvania Bar No. 88026)
Admitted *Pro Hac Vice*
**GRIFFIN PARTNERS LLP**
123 S. Broad Street, Suite 1670
Philadelphia, PA 19109
Telephone: (267) 313-0766
Facsimile: (267) 427-8139
E-Mail: oliver.griffin@griffinlawllp.com

Attorneys for Plaintiffs,
ABRAHAM STUART RUBIN, DUSTY BERKE as Trustee of the STUART RUBIN CHILDREN'S TRUST, ANNETTE AND STUART RUBIN, as Co-Trustees of the STUART AND ANNETTE RUBIN FAMILY TRUST, ASR DEVELOPMENT CO., FORCE RUBIN, LLC AND FORCE RUBIN 2, LLC

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA - WESTERN DIVISION

| | |
|---|---|
| ABRAHAM STUART RUBIN, an individual; DUSTY BERKE, as Trustee of the STUART RUBIN CHILDREN'S TRUST; and ANNETTE AND STUART RUBIN, as Co-Trustees of the STUART AND ANNETTE RUBIN FAMILY TRUST; ASR DEVELOPMENT CO.; FORCE RUBIN, LLC; FORCE RUBIN 2, LLC,<br><br>Plaintiffs,<br><br>v.<br><br>GARY STIFFELMAN; RICHARD M. PACHULSKI; PACHULSKI STANG ZIEHL & JONES LLP, a California Limited Liability Partnership; U.S. REAL ESTATE CREDIT HOLDINGS III-A, LP, an Irish Limited Partnership, et al.<br><br>Defendants. | Case No. 2:23-cv-10152-ROA<br><br>***AMENDED*** **NOTICE OF MOTION AND MOTION TO WITHDRAW AS COUNSEL FOR PLAINTIFFS; MEMORANDUM OF POINTS AND AUTHORITIES**<br><br>**Date: March 6, 2024**<br>**Time: 10:00 a.m.**<br>**Courtroom: 590**<br><br>**[Filed concurrently with the Declaration of Rudy R. Perrino and Proposed Order.]** |

TO THE COURT, ALL PARTIES, AND THEIR COUNSELS OF RECORD:

**NOTICE IS HEREBY GIVEN** that on **March 6, 2024, 10:00 at a.m.**, or as soon thereafter as the matter can be heard in Courtroom 590, of the above-mentioned court, 255 E. Temple Street, Los Angeles, California 90012, Rudy R. Perrino, of KUTAK ROCK LLP, and counsel of record for Plaintiffs herein, will move this Court for an Order allowing KUTAK ROCK LLP to withdraw as counsel of record in this matter, as set forth below.

Dated: January 29, 2024

**KUTAK ROCK LLP**

By: [signature]
Rudy R. Perrino
Attorneys for Plaintiffs
ABRAHAM STUART RUBIN, DUSTY BERKE as Trustee of the STUART RUBIN CHILDREN'S TRUST, ANNETTE AND STUART RUBIN, as Co-Trustees of the STUART AND ANNETTE RUBIN FAMILY TRUST, ASR DEVELOPMENT, INC., FORCE RUBIN, LLC AND FORCE RUBIN 2, LLC

## MEMORANDUM OF POINTS AND AUTHORITIES

## I. INTRODUCTION

Pursuant to Local Rule 83-2.3.2, KUTAK ROCK LLP hereby moves the Court for an order allowing the firm to withdraw as counsel of record. As explained herein, good cause exists for the requested relief and, given the nascent stage of the litigation, no prejudice can result to either Plaintiffs or the Defendants. Accordingly, KUTAK ROCK LLP respectfully requests the Court grant its Motion to Withdraw and remove from ECF references to attorneys at KUTAK ROCK LLP as counsel of record in this matter.

## II. FACTUAL BACKGROUND

Plaintiffs filed the complaint in this matter on December 1, 2023 with Rudy R. Perrino of KUTAK ROCK LLP as local counsel, and Oliver Griffin of KUTAK ROCK LLP as lead counsel for the client. Declaration of Rudy R. Perrino ("Perrino Decl."), ¶ 3 & Dkt. No. 1. In January 2024, Mr. Griffin left KUTAK ROCK LLP and formed a new firm, Griffin Partners, LLP. See Dkt. No. 30-1, Declaration of Oliver D. Griffin submitted in Support of his Motion to Withdraw as Counsel, ¶ 3 & **Exhibit 1** at Page ID # 254-256. As of the filing of this Motion, no Defendant has yet filed a responsive pleading in the case and no motions have been filed. Perrino Decl., ¶ 3.

Recent events in this, and in other matters where KUTAK ROCK LLP currently represents some of the plaintiffs' interests, have revealed several ethical concerns, conflicts with the clients, and other concerns that have caused a complete breakdown in the attorney-client relationship impairing our ability to competently represent the plaintiffs in this matter going forward. Perrino Decl., ¶ 4. The nature of the ethical concerns, conflicts and other concerns cannot be revealed without divulging client confidences or breaching ethical duties. Id. However, in counsel's view, the ethical concerns, conflicts and other concerns provide a sufficient basis under various permissive grounds for withdrawal contained in California Rule of

Professional Responsibility 1.16(b). Id.[1]

Prior to filing this Motion, Rudy Perrino of KUTAK ROCK LLP notified all counsel for Defendants as well as the Plaintiffs themselves of the intention to file this Motion. Perrino Decl., ¶ 5. Formal notice of this Motion has been similarly provided. Id.

## III. ARGUMENT

Under the local rules of this court, "[a]n attorney may not withdraw as counsel except by leave of court." Local Rule 83-2.3.2; *Darby v. City of Torrance*, 810 F. Supp. 275, 276 (C.D. Cal. 1992). "The decision to grant or deny counsel's motion to withdraw is within the discretion of the trial court." *Id*. citing *Irwin v. Mascott*, No. 97-4737, 2004 U.S. Dist. LEXIS 28264, at *3 (N.D.Cal. Dec. 1, 2004). In deciding a Motion to Withdraw, courts typically consider four factors: "(1) the reasons why withdrawal is sought; (2) the prejudice withdrawal may cause to other litigants; (3) the harm withdrawal might cause to the administration of justice; and (4) the degree to which withdrawal will delay the resolution of the case." *Id*. quoting *Irwin* at *2-*3.

While there are numerous reasons for the withdrawal, due to ethical restrictions on what information can be shared, counsel is limited to sharing generalities where client confidences are concerned. *See* California Rule of Court 3.1362(c). As explained in the Declaration of Rudy R. Perrino, recent events in this, and in other matters where KUTAK ROCK LLP currently represents some of the plaintiffs' interests, have revealed several ethical concerns, conflicts with the clients, and other concerns that have caused a complete breakdown in the attorney-client relationship impairing our ability to competently represent the plaintiffs in this matter going forward. Perrino Decl., ¶ 4. To the extent the Court is not satisfied with these generalities, counsel requests the Court conduct further inquiry *in camera* to ensure

[1] If the Court wishes to inquire further at the hearing as to the reasons for withdrawal, counsel respectfully requests the Court do so *in camera*.

client confidences can be maintained.

As detailed in the Declaration of Rudy R. Perrino, the complaint was just filed on December 1, 2023, none of the defendants has yet appeared in the matter, and no motions have been filed. Perrino Decl., ¶ 3. As such, it is hard, if not impossible, to see the prejudice to any of the defendants. Moreover, because the case has only recently been filed, plaintiffs will have ample time to secure replacement counsel, should they choose to continue to pursue their claims. Accordingly, no harm to the administration of justice can befall this case as a result of withdrawal at this early stage. Moreover, allowing withdrawal at this early stage of the case cannot delay resolution of the case for any significant amount of time.

Good cause for withdrawal therefore exists and the court should grant KUTAK ROCK LLP's request to withdraw.

## IV. CONCLUSION

For the foregoing reasons, KUTAK ROCK LLP respectfully requests the Court grant its Motion to Withdraw and delete references to its attorneys as counsel of record in this matter.

Dated: January 29, 2024

**KUTAK ROCK LLP**

By: [signature]
Rudy R. Perrino
Attorneys for Plaintiffs
ABRAHAM STUART RUBIN, DUSTY BERKE as Trustee of the STUART RUBIN CHILDREN'S TRUST, ANNETTE AND STUART RUBIN, as Co-Trustees of the STUART AND ANNETTE RUBIN FAMILY TRUST, ASR DEVELOPMENT, INC., FORCE RUBIN, LLC AND FORCE RUBIN 2, LLC

# CERTIFICATE OF SERVICE

I hereby certify that on January 29, 2024, I caused to be electronically filed the foregoing document(s) ***AMENDED*** **NOTICE OF MOTION AND MOTION TO WITHDRAW AS COUNSEL FOR PLAINTIFFS; MEMORANDUM OF POINTS AND AUTHORITIES; AND DECLARATION OF RUDY R. PERRINO, IN SUPPORT THEREOF** with the Clerk of the Court by using the CM/ECF system. Participants in the case who are registered CM/ECF users will be served by the CM/ECF system. Participants in the case who are not registered CM/ECF users will be served by mail, electronic mail, or by other means permitted by the court rules.

Dated: January 29, 2024

**KUTAK ROCK LLP**

By: [signature]
Rudy R. Perrino
Attorneys for Plaintiffs
ABRAHAM STUART RUBIN, DUSTY BERKE as Trustee of the STUART RUBIN CHILDREN'S TRUST, ANNETTE AND STUART RUBIN, as Co-Trustees of the STUART AND ANNETTE RUBIN FAMILY TRUST, ASR DEVELOPMENT, INC., FORCE RUBIN, LLC AND FORCE RUBIN 2, LLC

# PROOF OF SERVICE

*Abraham Stuart Rubin, et al. v. Garry Stiffelman, et al.*
United States District Court – Western Division
Case No. 2:23-cv-10152-ROA

STATE OF CALIFORNIA, COUNTY OF LOS ANGELES

I am employed in the City of Los Angeles in the County of Los Angeles, State of California. I am over the age of 18 and not a party to the within action. My business address is 777 S. Figueroa Street, Suite 4550, Los Angeles, California 90017.

On **January 29, 2024**, I served on all interested parties as identified below:

**<u>*AMENDED*</u> NOTICE OF MOTION AND MOTION TO WITHDRAW AS COUNSEL FOR PLAINTIFFS; MEMORANDUM OF POINTS AND AUTHORITIES**

| | |
|---|---|
| [X] | **(BY MAIL)** I deposited such envelope in the mail at Irvine, California. The envelope was mailed with postage thereon fully prepaid. I am readily familiar with the firm's practice for collection and processing correspondence for mailing. Under that practice, this(these) document(s) will be deposited with the U.S. Postal Service on this date with postage thereon fully prepaid at Irvine, California in the ordinary course of business. I am aware that on motion of the party served, service is presumed invalid if postal cancellation date or postage meter date is more than one day after date of deposit for mailing in affidavit. |

*SERVICE LIST*

| | |
|---|---|
| Abraham Stuart Rubin<br>1801 South La Cienega Blvd.<br>Suite 301<br>Los Angeles, CA 90035 | ABRAHAM STUART RUBIN, DUSTY BERKE as Trustee of the STUART RUBIN CHILDREN'S TRUST, ANNETTE AND STUART RUBIN, as Co-Trustees of the STUART AND ANNETTE RUBIN FAMILY TRUST, ASR DEVELOPMENT CO., FORCE RUBIN, LLC AND FORCE RUBIN 2, LLC |
| Dusty Berke<br>Trustee of the Stuart Rubin Children's Trust<br>2321 North Clinton Street<br>Orange, CA 92867 | DUSTY BERKE, AS TRUSTEE OF THE STUART RUBIN CHILDREN'S TRUST AND A. STUART RUBIN |

[X] **(FEDERAL)** I declare that I am employed in the office of a member of the bar of this Court at whose direction service was made.

Executed on **January 29, 2024**, at Los Angeles, California.

Angela Campos