# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ABRAHAM STUART RUBIN, et al.<br>Plaintiff(s),<br>v.<br>GARY STIFFELMAN, et al.<br>Defendant(s). | CASE NUMBER:<br>2:23−cv−10152−CBM−PVC<br><br>**NOTICE TO FILER OF DEFICIENCIES IN ELECTRONICALLY FILED DOCUMENT** |

**PLEASE TAKE NOTICE:**

The following problem(s) have been found with your filed document:

Date Filed: 1/18/2024

Document No.: 26

Title of Document: Notice (other).

**ERROR(S) WITH DOCUMENT:**

Incorrect event selected. Correct event to be used is: Notice of Change of Attorney Business or Contact information G06..

Other:

**Note: In response to this notice, the Court may: 1) order an amended or corrected document to be filed; 2) order the document stricken; or 3) take other action as the Court deems appropriate. You need not take any action in response to this notice unless and until the Court directs you to do so.**

Clerk, U.S. District Court

Dated: February 2, 2024

By: /s/ *Andrea Kannike Andrea_Kannike@cacd.uscourts.gov*
Deputy Clerk

*cc: Assigned District Judge and/or Magistrate Judge*

**Please refer to the Court's website at www.cacd.uscourts.gov for Local Rules, General Orders, and applicable forms.**