# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ABRAHAM STUART RUBIN, et al.<br>Plaintiff(s),<br>v.<br>GARY STIFFELMAN, et al.<br>Defendant(s). | CASE NUMBER:<br>2:23−cv−10152−CBM−PVC<br><br>**NOTICE TO FILER OF DEFICIENCIES IN ELECTRONICALLY FILED DOCUMENT** |

**PLEASE TAKE NOTICE:**

The following problem(s) have been found with your filed document:

Date Filed: 1/26/2024

Document No.: 32

Title of Document: NOTICE OF MOTION AND MOTION TO WITHDRAW AS COUNSEL FOR PLAINTIFFS; MEMORANDUM OF POINTS AND AUTHORITIES; AND DECLARATION OF RUDY R. PERRINO, IN SUPPORT THEREOF

**ERROR(S) WITH DOCUMENT:**

Proposed document was not submitted or was not submitted as a separate attachment.

Local Rule 11−3.8 title page is missing, incomplete, or incorrect.

Other:

The document has the incorrect judge initials. The correct/complete case number is: 2:23−cv−10152 CBM (PVC)

**Note: In response to this notice, the Court may: 1) order an amended or corrected document to be filed; 2) order the document stricken; or 3) take other action as the Court deems appropriate. You need not take any action in response to this notice unless and until the Court directs you to do so.**

Clerk, U.S. District Court

Dated: February 4, 2024

By: */s/ Sharon Hall−Brown*
*Sharon_Hall−Brown@cacd.uscourts.gov*
Deputy Clerk

*cc: Assigned District Judge and/or Magistrate Judge*

**Please refer to the Court's website at www.cacd.uscourts.gov for Local Rules, General Orders, and applicable forms.**