JENNER & BLOCK LLP
Michael P. McNamara (SBN 106079)
mmcnamara@jenner.com
Kirsten H. Spira (SBN 119885)
kspira@jenner.com
Effiong K. Dampha (SBN 323554)
edampha@jenner.com
515 South Flower Street, Suite 3300
Los Angeles, CA 90071-2246
(213) 239-5100 / Fax (213) 239-5199

*Attorneys for Defendant Greenberg Traurig*

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA
## WESTERN DIVISION

| | |
|---|---|
| ABRAHAM STUART RUBIN, an individual; DUSTY BERKE, as Trustee of the STUART RUBIN CHILDREN'S TRUST; and ANNETTE AND STUART RUBIN, as Co-Trustees of the STUART AND ANNETTE RUBIN FAMILY TRUST; ASR DEVELOPMENT CO.; FORCE RUBIN, LLC; FORCE RUBIN 2, LLC,<br><br>　　　　　　　　Plaintiff,<br><br>　v.<br><br>GARY STIFFELMAN; RICHARD M. PACHULSKI; PACHULSKI STANG ZIEHL & JONES LLP, a California Limited Liability Partnership;· U.S. REAL ESTATE CREDIT HOLDINGS III-A, LP, an Irish Limited Partnership; CALMWATER ASSET MANAGEMENT, LLC, a Delaware Limited Liability Company; GREENBURG TRAURIG, LLP, a New York Limited Liability Partnership; DOE ATTORNEYS 1-50; DOE FIDUCIARIES 1-50; DOES 1-100, inclusive<br><br>　　　　　　　　Defendants. | Case No. 2:23-cv-10152 CBM (PVC)<br><br>**GREENBERG TRAURIG, LLP'S JOINDER IN *EX PARTE* APPLICATION FOR AN ORDER EXTENDING TIME FOR ALL DEFENDANTS TO PLEAD OR OTHERWISE RESPOND TO THE COMPLAINT**<br><br>Judge:　　Consuelo B. Marshall<br><br>Complaint Filed: December 1, 2023 |

---

**GT'S JOINDER IN *EX PARTE* APPLICATION FOR ORDER EXTENDING TIME**
CASE NO. 2:23-cv-10152 CBM (PVC)

Defendant Greenberg Traurig, LLP ("GT") joins in the *ex parte* application filed by defendants Pachulski Stangl Siehl & Jones LLP and Richard Pachulski for an Order Extending Time for All Defendants to Plead or Otherwise Respond to the Complaint.

GT further requests that the Court order that new counsel must appear in this action for plaintiffs (or, to the extent permissible, individual plaintiffs must appear *pro se*) by the hearing date of lead counsel's motion to withdraw, currently scheduled for March 6, 2024, or the claims will be dismissed without prejudice.

The Court should dismiss plaintiffs' complaint if plaintiffs fail to timely obtain counsel because plaintiffs' lack of counsel makes the litigation of this action impossible. The entity plaintiffs' lack of counsel would violate Local Rule 83-2.2.2 ("No organization or entity of any other kind . . . may appear in any action or proceeding unless represented by an attorney . . . ."), but more generally the lack of counsel prevents GT from going forward with its intended motion to dismiss under Federal Rules of Civil Procedure 12(b)(6) and 9(b) as it cannot satisfy the "meet and confer" requirements under Local Rule 7-3. As a practical matter, if plaintiffs are not prepared to proceed at this time, the action must be dismissed to avoid unfair prejudice to GT and the other defendants.

Respectfully submitted.

Dated: February 5, 2024

JENNER & BLOCK LLP

*/s/ Kirsten H. Spira*
Michael P. McNamara
Kirsten H. Spira
Effiong K. Dampha
515 South Flower Street, Suite 3300
Los Angeles, CA  90071-2246
Telephone: (213) 239-5100
Facsimile: (213) 239-5199
mmcnamara@jenner.com
kspira@jenner.com
edampha@jenner.com

*Attorneys for Defendant Greenberg Traurig*

1

**GT'S JOINDER IN *EX PARTE* APPLICATION FOR AN ORDER EXTENDING TIME**
CASE NO. 2:23-cv-10152 CBM (PVC)