JENNER & BLOCK LLP
Michael P. McNamara (SBN 106079)
mmcnamara@jenner.com
Kirsten H. Spira (SBN 119885)
kspira@jenner.com
Effiong K. Dampha (SBN 323554)
edampha@jenner.com
515 South Flower Street, Suite 3300
Los Angeles, CA 90071-2246
(213) 239-5100 / Fax (213) 239-5199

*Attorneys for Defendant Greenberg Traurig*

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

WESTERN DIVISION

ABRAHAM STUART RUBIN, an individual; DUSTY BERKE, as Trustee of the STUART RUBIN CHILDREN'S TRUST; and ANNETTE AND STUART RUBIN, as Co-Trustees of the STUART AND ANNETTE RUBIN FAMILY TRUST; ASR DEVELOPMENT CO.; FORCE RUBIN, LLC; FORCE RUBIN 2, LLC,

Plaintiff,

v.

GARY STIFFELMAN; RICHARD M. PACHULSKI; PACHULSKI STANG ZIEHL & JONES LLP, a California Limited Liability Partnership;· U.S. REAL ESTATE CREDIT HOLDINGS III-A, LP, an Irish Limited Partnership; CALMWATER ASSET MANAGEMENT, LLC, a Delaware Limited Liability Company; GREENBURG TRAURIG, LLP, a New York Limited Liability Partnership; DOE ATTORNEYS 1-50; DOE FIDUCIARIES 1-50; DOES 1-100, inclusive

Defendants.

Case No. 2:23-cv-10152 CBM (PVC)

**GREENBERG TRAURIG, LLP'S NOTICE OF INTERESTED PARTIES**

Judge: Consuelo B. Marshall

Complaint Filed: December 1, 2023

TO THE COURT, ALL PARTIES, AND THEIR ATTORNEYS OF RECORD:

Pursuant to Local Rule 7.1-1, the undersigned, counsel of record for Defendant Greenberg Traurig, LLP ("GT"), certifies that the following listed parties may have a pecuniary interest in the outcome of this case. These representations are made to enable the Court to evaluate possible disqualification or recusal.

| **Party** | **Connection / Interest** |
|---|---|
| Abraham Stuart Rubin | Plaintiff |
| Dusty Berke, as Trustee of the Stuart Rubin Children's Trust | Plaintiff |
| Annette and Stuart Rubin, as Co-Trustees of the Stuart and Annette Rubin Family Trust | Plaintiff |
| ASR Development Co. | Plaintiff |
| Force Rubin, LLC | Plaintiff |
| Force Rubin 2, LLC | Plaintiff |
| Gary Stiffelman | Defendant |
| Richard M. Pachulski | Defendant |
| U.S. Real Estate Credit Holdings III-A, LP | Defendant |
| Calmwater Asset Management, LLC | Defendant |
| Greenburg Traurig, LLP | Defendant |

Dated: February 5, 2024

JENNER & BLOCK LLP

*/s/ Kirsten H. Spira*

Michael P. McNamara
Kirsten H. Spira
Effiong K. Dampha
515 South Flower Street, Suite 3300
Los Angeles, CA 90071-2246
Telephone: (213) 239-5100
Facsimile: (213) 239-5199
mmcnamara@jenner.com
kspira@jenner.com
edampha@jenner.com

*Attorneys for Defendant Greenberg Traurig*