Marsha A. Houston (SBN 129956)
Christopher O. Rivas (SBN 238765)
REED SMITH LLP
355 South Grand Avenue, Suite 2900
Los Angeles, CA 90071-1514
Telephone: 213.457.8000
Facsimile: 213.457.8080

Attorneys for Defendants
U.S. Real Estate Credit Holdings III-A LLP,
Calmwater Asset Management, LLC

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

**WESTERN DIVISION - SPRING STREET COURTHOUSE**

ABRAHAM STUART RUBIN, an individual; DUSTY BERKE, as Trustee of the STUART RUBIN CHILDREN'S TRUST; and ANNETTE AND STUART RUBIN, as Co-Trustees of the STUART AND ANNETTE RUBIN FAMILY TRUST; ASR DEVELOPMENT CO.; FORCE RUBIN, LLC; FORCE RUBIN 2, LLC,

Plaintiffs,

v.

GARY STIFFELMAN; RICHARD M. PACHULSKI; PACHULSKI STANG ZIEHL & JONES LLP, a California Limited Liability Partnership;· U.S. REAL ESTATE CREDIT HOLDINGS III-A, LP, an Irish Limited Partnership; CALMWATER ASSET MANAGEMENT, LLC, a Delaware Limited Liability Company; GREENBURG TRAURIG, LLP, a New York Limited Liability Partnership; DOE ATTORNEYS 1-50; DOE FIDUCIARIES 1-50; DOES 1-100, inclusive

Defendants.

Case No. 2:23-cv-10152

**U.S. REAL ESTATE CREDIT HOLDINGS III-A LLP AND CALMWATER ASSET MANAGEMENT, LLC'S JOINDER IN *EX PARTE* APPLICATION FOR ORDER EXTENDING TIME FOR ALL DEFENDANTS TO PLEAD OR OTHERWISE RESPOND TO COMPLAINT**

Complaint Filed: December 1, 2023

/ / /

/ / /

Defendants U.S. Real Estate Credit Holdings III-A LLP, and Calmwater Asset Management, LLC (together, the "<u>USRECH Defendants</u>") hereby join in the *Ex Parte* application filed by defendants Richard M. Pachulski and Pachulski Stang Ziehl & Jones LLP (together, the "<u>Pachulski Defendants</u>") for an order extending time for all defendants to plead or otherwise respond to complaint (the "<u>*Ex Parte* Application</u>"). [Dkt. No. 38.]

In addition to the concerns appropriately raised by the Pachulski Defendants about the impossibility of a Rule 7-3 conference until plaintiffs have secured substitute counsel, the USRECH Defendants have additional concerns that cannot be addressed unless and until Plaintiffs have obtained counsel who are willing to certify the operative complaint in accordance with Rule 11 of the Federal Rules of Civil Procedure ("<u>FRCP</u>") and with whom Plaintiffs may discuss such issues.

In addition to a motion to dismiss under Rule 12 of the FRCP, the USRECH Defendants also believe that there is a good faith basis for special motion to strike under California's anti-SLAPP statute and, given the expedited procedures attendant to such a motion, believe that it is important that no substantive pleadings challenges are filed unless and until Plaintiffs have obtained legal representation. For the same reasons, USRECH also joins in the request made by defendant Jenner & Block LLP, [dkt. no. 39], that the action should be dismissed if Plaintiffs are unable to promptly secure representation by counsel in accordance with Local Rule 83-2.2.2.

Dated: February 6, 2024 REED SMITH LLP

By: */s/ Marsha Houston*
MARSHA A. HOUSTON
CHRISTOPHER O. RIVAS
Attorneys for Defendants
U.S. Real Estate Credit Holdings III-A, LP, and Calmwater Asset Management, LLC