CHRISTOPHER FROST (SBN 200336)
chris@frostllp.com
NICO L. BRANCOLINI (SBN 318237)
nico@frostllp.com
DAVID TIRATURYAN (SBN 350995)
david1@frostllp.com
FROST LLP
10960 Wilshire Boulevard, Suite 1260
Los Angeles, California 90024
Telephone: (424) 254-0441
Facsimile: (424) 600-8504

Attorneys for Defendant Gary Stiffelman

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA, WESTERN DIVISION

ABRAHAM STUART RUBIN, an individual; DUSTY BERKE, as Trustee of the STUART RUBIN CHILDREN'S TRUST; and ANNETTE AND STUART RUBIN, as Co-Trustees of the STUART AND ANNETTE RUBIN FAMILY TRUST; ASR DEVELOPMENT CO.; FORCE RUBIN, LLC; FORCE RUBIN 2, LLC,

Plaintiffs,

v.

GARY STIFFELMAN; RICHARD M. PACHULSKI; PACHULSKI STANG ZIEHL & JONES LLP, a California Limited Liability Partnership;· U.S. REAL ESTATE CREDIT HOLDINGS III-A, LP, an Irish Limited Partnership; CALMWATER ASSET MANAGEMENT, LLC, a Delaware Limited Liability Company; GREENBURG TRAURIG, LLP, a New York Limited Liability Partnership; DOE ATTORNEYS 1-50; DOE FIDUCIARIES 1-50; DOES 1-100, inclusive,

Defendants.

Case No. 2:23-cv-10152 CBM (PVC)

*Hon. Consuelo B. Marshall*

**DEFENDANT GARY STIFFELMAN'S JOINDER IN EX PARTE APPLICATION FOR AN ORDER EXTENDING TIME FOR ALL DEFENDANTS TO PLEAD OR OTHERWISE RESPOND TO THE COMPLAINT**

Complaint Filed: December 1, 2023

Defendant Gary Stiffelman ("Defendant") joins defendants Pachulski Stangl Siehl & Jones LLP and Richard Pachulski in the *Ex Parte* Application for Order Extending Time for All Defendants to Plead or Otherwise Respond to the Complaint.

Sharing the concerns outlined in Defendant Greenberg Traurig, LLP's Joinder in *Ex Parte* Application for an Order Extending Time for All Defendants to Plead or Otherwise Respond to the Complaint [ECF No. 39], Defendant further requests that the Court order plaintiffs to select new counsel to appear in this action by the March 6, 2024, hearing date of plaintiffs' lead counsel's motion to withdraw. In the alternative, and to the extent feasible, Defendant requests that the Court order individual plaintiffs to appear *pro se* at the March 6 hearing.

In particular, Defendant's shared concern stems from the undue prejudice he may suffer if plaintiffs are unable to timely obtain counsel, as it would significantly hinder Defendant's ability to proceed with his intended motion practice, including his anticipated motion to dismiss pursuant to Rule 12(b)(6) and Rule 9(b) of the Federal Rules of Civil Procedure. Moreover, and as outlined by Defendant Greenberg Traurig, LLP, plaintiffs' lack of counsel complicates the parties' ability to satisfy their "meet and confer" obligations under Local Rule 7-3. Accordingly, Defendant requests that this Court dismiss this action without prejudice if plaintiffs are unable to select new counsel to appear, or appear *pro se*, as of the date of plaintiffs' lead counsel's motion to withdraw on March 6, 2024.

DATED: February 6, 2024

Respectfully submitted,

FROST LLP

By: /s/ Christopher Frost
CHRISTOPHER FROST
NICO L. BRANCOLINI
DAVID TIRATURYAN
Attorneys for Defendant Gary Stiffelman