UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

CIVIL MINUTES - GENERAL

| | | | |
|---|---|---|---|
| Case No. | CV 23-10152-CBM-(PVCx) | Date | February 6, 2024 |
| Title | *Rubin et al. v. Stiffelman et al.* | | |

| | |
|---|---|
| Present: The Honorable | CONSUELO B. MARSHALL, UNITED STATES DISTRICT JUDGE |

| | |
|---|---|
| YOLANDA SKIPPER | NOT REPORTED |
| Deputy Clerk | Court Reporter |
| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
| NONE PRESENT | NONE PRESENT |

**Proceedings:** **IN CHAMBERS- ORDER RE: MOTIONS TO WITHDRAW AS COUNSEL FOR PLAINTIFFS**

The matters before the Court are: (1) Oliver D. Griffin's Motion to Withdraw as Counsel to Plaintiffs noticed for hearing on February 28, 2024 (Dkt. No. 30); and (2) Kutak Rock LLP's Motion to Withdraw as Counsel For Plaintiffs noticed for hearing on March 6, 2024 (Dkt. No. 32). Both matters were noticed for hearing before Magistrate Judge Oliver prior to the case being reassigned to this Court on January 30, 2024. (*See* Dkt. No. 34.)

Accordingly, the hearings on both matters are continued to **March 12, 2024 at 9:00 a.m.** to be heard concurrently before this Court at the First Street U.S. Courthouse located at 350 West 1st Street, Los Angeles, CA 90012. Counsel for Plaintiffs and Plaintiffs are ordered to appear in person at the hearing.

Counsel for Plaintiffs shall advise Plaintiffs of the new hearing date, that Plaintiffs are ordered to appear in person for the hearing, and shall provide Plaintiffs with written notice of the instant Order **no later than February 13, 2024**.

**IT IS SO ORDERED.**

00 :