JENNER & BLOCK LLP
Michael P. McNamara (SBN 106079)
mmcnamara@jenner.com
Kirsten H. Spira (SBN 119885)
kspira@jenner.com
Effiong K. Dampha (SBN 323554)
edampha@jenner.com
515 South Flower Street, Suite 3300
Los Angeles, CA 90071-2246
(213) 239-5100 / Fax (213) 239-5199

*Attorneys for Defendant Greenberg Traurig LLP*

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

**WESTERN DIVISION**

ABRAHAM STUART RUBIN, an individual; DUSTY BERKE, as Trustee of the STUART RUBIN CHILDREN'S TRUST; and ANNETTE AND STUART RUBIN, as Co-Trustees of the STUART AND ANNETTE RUBIN FAMILY TRUST; ASR DEVELOPMENT CO.; FORCE RUBIN, LLC; FORCE RUBIN 2, LLC,

Plaintiff,

v.

GARY STIFFELMAN; RICHARD M. PACHULSKI; PACHULSKI STANG ZIEHL & JONES LLP, a California Limited Liability Partnership;· U.S. REAL ESTATE CREDIT HOLDINGS III-A, LP, an Irish Limited Partnership; CALMWATER ASSET MANAGEMENT, LLC, a Delaware Limited Liability Company; GREENBURG TRAURIG, LLP, a New York Limited Liability Partnership; DOE ATTORNEYS 1-50; DOE FIDUCIARIES 1-50; DOES 1-100, inclusive

Defendants.

Case No. 2:23-cv-10152 CBM (PVC)

**GREENBERG TRAURIG, LLP'S AMENDED NOTICE OF INTERESTED PARTIES**

Judge: Consuelo B. Marshall

Complaint Filed: December 1, 2023

TO THE COURT, ALL PARTIES, AND THEIR ATTORNEYS OF RECORD:

Pursuant to Local Rule 7.1-1, the undersigned, counsel of record for Defendant Greenberg Traurig, LLP ("GT"), certifies that the following listed parties may have a pecuniary interest in the outcome of this case. These representations are made to enable the Court to evaluate possible disqualification or recusal.

| **Party** | **Connection / Interest** |
|---|---|
| Abraham Stuart Rubin | Plaintiff |
| Dusty Berke, as Trustee of the Stuart Rubin Children's Trust | Plaintiff |
| Annette and Stuart Rubin, as Co-Trustees of the Stuart and Annette Rubin Family Trust | Plaintiff |
| ASR Development Co. | Plaintiff |
| Force Rubin, LLC | Plaintiff |
| Force Rubin 2, LLC | Plaintiff |
| Gary Stiffelman | Defendant |
| Richard M. Pachulski | Defendant |
| U.S. Real Estate Credit Holdings III-A, LP | Defendant |
| Calmwater Asset Management, LLC | Defendant |
| Greenburg Traurig, LLP | Defendant |
| Greenberg Traurig, PA, organized under the laws of Florida, with its principal place of business in Florida | Owns 10% or more of Greenberg Traurig, LLP's equity interests. |
| Greenberg Traurig of New York, P.C., organized under the laws of New York, with its principal place of business in New York | Owns an equity interest of less than 10% of Greenberg Traurig LLP. |

| | |
|---|---|
| CNA/Colombia Casual Company | Primary insurance layer for Greenberg Traurig LLP.[1] |
| Berkshire/National Fire & Marine Ins. Co. | Primary insurance layer for Greenberg Traurig LLP. |
| QBE Specialty Insurance Company | Primary insurance layer for Greenberg Traurig LLP. |
| Huntersure/Scottsdale Insurance Company | Primary insurance layer for Greenberg Traurig LLP. |
| Ironshore Specialty Insurance Company | Primary insurance layer for Greenberg Traurig LLP. |
| RenRe and Brit, Lloyd's of London | Primary insurance layer for Greenberg Traurig LLP. |
| Sompo/Endurance American Specialty Ins Co. | Primary insurance layer for Greenberg Traurig LLP. |

[1] Greenberg Traurig LLP is covered by several other layers of insurance which are not believed to be implicated here.

Dated: February 7, 2024

JENNER & BLOCK LLP

*/s/ Kirsten H. Spira*

Michael P. McNamara
Kirsten H. Spira
Effiong K. Dampha
515 South Flower Street, Suite 3300
Los Angeles, CA 90071-2246
Telephone: (213) 239-5100
Facsimile: (213) 239-5199
E-mail: mmcnamara@jenner.com
E-mail: kspira@jenner.com
E-mail: edampha@jenner.com

*Attorneys for Defendant Greenberg Traurig*