NAME, ADDRESS, AND TELEPHONE NUMBER OF ATTORNEY(S) OR OF PARTY APPEARING IN PRO PER
John M. Moscarino (State Bar No. 122105)
VALLE MAKOFF LLP
11777 San Vicente Blvd., Suite 890
Los Angeles, California 90049
Telephone: (310) 476-0300
Facsimile: (310) 476-0333

ATTORNEY(S) FOR: Defs. R. Pachulski and Pachulski Stang, etc.

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ABRAHAM STUART RUBIN, an individual; et al.<br>Plaintiff(s),<br>v.<br>GARY STIFFELMAN; RICHARD M. PACHULSKI; et al.<br>Defendant(s) | CASE NUMBER:<br>2:23-cv-10152 CBM (PVCx)<br><br>**CERTIFICATION AND NOTICE OF INTERESTED PARTIES (Local Rule 7.1-1)** |

TO: THE COURT AND ALL PARTIES OF RECORD:

The undersigned, counsel of record for Defendants Richard M. Pachulski and Pachulski Stang Ziehl & Jones LLP or party appearing in pro per, certifies that the following listed party (or parties) may have a pecuniary interest in the outcome of this case. These representations are made to enable the Court to evaluate possible disqualification or recusal.

(List the names of all such parties and identify their connection and interest. Use additional sheet if necessary.)

| PARTY | CONNECTION / INTEREST |
|---|---|
| Abraham Stuart Rubin, | Plaintiff |
| Dusty Berke, as Trustee of the Stuart Rubin Children's Trust | Plaintiff |
| Annette And Stuart Rubin, as Co-Trustees of the Stuart and | Plaintiff |
| Annette Rubin Family Trust | Plaintiff |
| ASR Development Co. | Plaintiff |
| Force Rubin, LLC | Plaintiffs |
| Force Rubin 2, LLC | Plaintiffs |
| Gary Stiffelman | Defendant |
| Richard M. Pachulski | Defendant |
| Pachulski Stang Ziehl & Jones LLP, a California LLP | Defendant |
| U.S. Real Estate Credit Holdings III-A, LP, an Irish LP | Defendant |
| Calmwater Asset Management, LLC, A Delaware LLC | Defendant |
| Greenberg Traurig, LLP, A New York LLP | Defendant |

February 7, 2024
Date

/s/ John M. Moscarino
Signature

Attorney of record for (or name of party appearing in pro per):

Richard M. Pachulski and Pachulski Stang Ziehl & Jones LLP

# ATTACHMENT A

Liberally interpreting Local Rule 7.1-1 and its reference to insurance carriers to include insurers who "may" have a pecuniary interest in this case, Pachulski and PSZJ identify the following insurers:

1. Aspen Insurance Company
2. Evanston Insurance Company
3. Munich Re Specialty Insurance
4. Great American E&S Insurance Company
5. Travelers Casualty and Surety Company of America