**VALLE MAKOFF LLP**
JOHN M. MOSCARINO (State Bar No. 122105)
jmoscarino@vallemakoff.com
11777 San Vicente Blvd., Suite 890
Los Angeles, California 90049
Telephone: (310) 476-0300
Facsimile: (310) 476-0333

Attorneys for Defendants
RICHARD M. PACHULSKI and PACHULSKI STANG ZIEHL & JONES LLP

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

**WESTERN DIVISION – FIRST STREET COURTHOUSE**

ABRAHAM STUART RUBIN, an individual; DUSTY BERKE, as Trustee of the STUART RUBIN CHILDREN'S TRUST; and ANNETTE AND STUART RUBIN, as Co-Trustees of the STUART AND ANNETTE RUBIN FAMILY TRUST; ASR DEVELOPMENT CO.; FORCE RUBIN, LLC; FORCE RUBIN 2, LLC,

Plaintiffs,

v.

GARY STIFFELMAN; RICHARD M. PACHULSKI; PACHULSKI STANG ZIEHL & JONES LLP, a California Limited Liability Partnership;· U.S. REAL ESTATE CREDIT HOLDINGS III-A, LP, an Irish Limited Partnership; CALMWATER ASSET MANAGEMENT, LLC, a Delaware Limited Liability Company; GREENBURG TRAURIG, LLP, a New York Limited Liability Partnership; DOE ATTORNEYS 1-50; DOE FIDUCIARIES 1-50; DOES 1-100, inclusive

Defendants.

Case No. 2:23-cv-10152 CBM (PVCx)

Hon. Consuelo B. Marshall

**ORDER EXTENDING TIME FOR ALL DEFENDANTS TO PLEAD OR OTHERWISE RESPOND TO COMPLAINT [38]**

Complaint Filed: December 1, 2023

/ / /

/ / /

This Court has reviewed the Ex Parte Application For Order Extending Time For All Defendants To Plead Or Otherwise Respond To The Complaint and finds that there is good cause to extend time for all defendants to plead or otherwise respond to the Complaint because there are two pending motions to withdraw which affect the Parties' ability to conduct a meaningful Rule 7-3 conference on the defendants' responses to the Complaint.

IT IS HEREBY ORDERED THAT all defendants shall have to and including MARCH 26, 2024, to plead or otherwise respond to the Complaint.

DATED: FEBRUARY 7, 2024

HON. CONSUELO B. MARSHALL
UNITED STATES DISTRICT JUDGE