Rudy R. Perrino (SBN: 190672)
**KUTAK ROCK LLP**
777 South Figueroa Street, Suite 4550
Los Angeles, California 90017-5800
Telephone: (213) 312-4000
Facsimile: (213) 312-4001
E-Mail: rudy.perrino@kutakrock.com

Oliver D. Griffin (Pennsylvania Bar No. 88026)
Admitted *Pro Hac Vice*
**GRIFFIN PARTNERS LLP**
123 S. Broad Street, Suite 1670
Philadelphia, PA 19109
Telephone: (267) 313-0766
Facsimile: (267) 427-8139
E-Mail: oliver.griffin@griffinlawllp.com

Attorneys for Plaintiffs,
ABRAHAM STUART RUBIN, DUSTY BERKE as Trustee of the STUART RUBIN CHILDREN'S TRUST, ANNETTE AND STUART RUBIN, as Co-Trustees of the STUART AND ANNETTE RUBIN FAMILY TRUST, ASR DEVELOPMENT CO., FORCE RUBIN, LLC AND FORCE RUBIN 2, LLC

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA - WESTERN DIVISION

ABRAHAM STUART RUBIN, an individual; DUSTY BERKE, as Trustee of the STUART RUBIN CHILDREN'S TRUST; and ANNETTE AND STUART RUBIN, as Co-Trustees of the STUART AND ANNETTE RUBIN FAMILY TRUST; ASR DEVELOPMENT CO.; FORCE RUBIN, LLC; FORCE RUBIN 2, LLC,

Plaintiffs,

v.

GARY STIFFELMAN; RICHARD M. PACHULSKI; PACHULSKI STANG ZIEHL & JONES LLP, a California Limited Liability Partnership; U.S. REAL ESTATE CREDIT HOLDINGS III-A, LP, an Irish Limited Partnership, et al.

Defendants.

Case No. 2:23-cv-10152-CBM (PVCx)

**NOTICE OF CONTINUANCE OF HEARING RE MOTION AND MOTION TO WITHDRAW AS COUNSEL FOR PLAINTIFFS**

**Date:** **March 12, 2024**
**Time:** **9:00 a.m.**
**Courtroom:** **8D**

**TO THE COURT, ALL PARTIES, AND THEIR COUNSELS OF RECORD:**

**PLEASE TAKE NOTICE** that, on its own motion, the Court has continued the hearing on Kutak Rock LLP's Motion to Withdraw as Counsel of Record (Dkt. No. 33), previously scheduled to take place on March 6, 2024, to **March 12, 2024 at 9:00 a.m. in Courtroom 8D located at 350 West 1st Street, Los Angeles, California 90012.** The Motion of Oliver Griffin to Withdraw (Dkt. No. 30), previously scheduled for hearing on February 28, 2024 is also continued to **March 12, 2024 at 9:00 a.m. in Courtroom 8D.** Counsel for Plaintiffs and Plaintiffs are ordered to appear in person at the hearing (Dkt. No. 43).

Dated: February 8, 2024

**KUTAK ROCK LLP**

By: [signature]

Rudy R. Perrino
Attorneys for Plaintiffs
ABRAHAM STUART RUBIN, DUSTY BERKE as Trustee of the STUART RUBIN CHILDREN'S TRUST, ANNETTE AND STUART RUBIN, as Co-Trustees of the STUART AND ANNETTE RUBIN FAMILY TRUST, ASR DEVELOPMENT, INC., FORCE RUBIN, LLC AND FORCE RUBIN 2, LLC

## CERTIFICATE OF SERVICE

I hereby certify that on February 8, 2024, I caused to be electronically filed the foregoing document(s) **NOTICE OF CONTINUANCE OF HEARING RE MOTION AND MOTION TO WITHDRAW AS COUNSEL FOR PLAINTIFFS** with the Clerk of the Court by using the CM/ECF system. Participants in the case who are registered CM/ECF users will be served by the CM/ECF system. Participants in the case who are not registered CM/ECF users will be served by mail, electronic mail, or by other means permitted by the court rules.

Dated: February 8, 2024

**KUTAK ROCK LLP**

By: [signature]
Rudy R. Perrino
Attorneys for Plaintiffs
ABRAHAM STUART RUBIN, DUSTY BERKE as Trustee of the STUART RUBIN CHILDREN'S TRUST, ANNETTE AND STUART RUBIN, as Co-Trustees of the STUART AND ANNETTE RUBIN FAMILY TRUST, ASR DEVELOPMENT, INC., FORCE RUBIN, LLC AND FORCE RUBIN 2, LLC

# PROOF OF SERVICE

*Abraham Stuart Rubin, et al. v. Garry Stiffelman, et al.*
United States District Court – Western Division
Case No. 2:23-cv-10152-ROA

STATE OF CALIFORNIA, COUNTY OF LOS ANGELES

I am employed in the City of Los Angeles in the County of Los Angeles, State of California. I am over the age of 18 and not a party to the within action. My business address is 777 S. Figueroa Street, Suite 4550, Los Angeles, California 90017.

On **February 8, 2024**, I served on all interested parties as identified below:

**NOTICE OF CONTINUANCE OF HEARING RE MOTION AND MOTION TO WITHDRAW AS COUNSEL FOR PLAINTIFFS**

| | |
|---|---|
| [X] | **(BY MAIL)** I deposited such envelope in the mail at Irvine, California. The envelope was mailed with postage thereon fully prepaid. I am readily familiar with the firm's practice for collection and processing correspondence for mailing. Under that practice, this(these) document(s) will be deposited with the U.S. Postal Service on this date with postage thereon fully prepaid at Irvine, California in the ordinary course of business. I am aware that on motion of the party served, service is presumed invalid if postal cancellation date or postage meter date is more than one day after date of deposit for mailing in affidavit. |

*SERVICE LIST*

| | |
|---|---|
| Abraham Stuart Rubin<br>269 S. Beverly Dr., Suite 1455<br>Beverly Hills, CA 90212<br>Email: srubin@rprp.com | ABRAHAM STUART RUBIN, DUSTY BERKE as Trustee of the STUART RUBIN CHILDREN'S TRUST, ANNETTE AND STUART RUBIN, as Co-Trustees of the STUART AND ANNETTE RUBIN FAMILY TRUST, ASR DEVELOPMENT CO., FORCE RUBIN, LLC AND FORCE RUBIN 2, LLC |
| Dusty Berke<br>Trustee of the Stuart Rubin Children's Trust<br>2321 North Clinton Street<br>Orange, CA 92867 | DUSTY BERKE, AS TRUSTEE OF THE STUART RUBIN CHILDREN'S TRUST AND A. STUART RUBIN |

[X] **(FEDERAL)** I declare that I am employed in the office of a member of the bar of this Court at whose direction service was made.

Executed on **February 8, 2024**, at Los Angeles, California.

Angela Campos

Angela Campos

KUTAK ROCK LLP
ATTORNEYS AT LAW
LOS ANGELES



4885-2089-3345.1