Marsha A. Houston (SBN 129956)
Christopher O. Rivas (SBN 238765)
REED SMITH LLP
355 South Grand Avenue, Suite 2900
Los Angeles, CA 90071-1514
Telephone: 213.457.8000
Facsimile: 213.457.8080

Attorneys for Defendants
U.S. Real Estate Credit Holdings III-A LP
Calmwater Asset Management, LLC

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

**WESTERN DIVISION - SPRING STREET COURTHOUSE**

ABRAHAM STUART RUBIN, an individual; DUSTY BERKE, as Trustee of the STUART RUBIN CHILDREN'S TRUST; and ANNETTE AND STUART RUBIN, as Co-Trustees of the STUART AND ANNETTE RUBIN FAMILY TRUST; ASR DEVELOPMENT CO.; FORCE RUBIN, LLC; FORCE RUBIN 2, LLC,

Plaintiffs,

v.

GARY STIFFELMAN; RICHARD M. PACHULSKI; PACHULSKI STANG ZIEHL & JONES LLP, a California Limited Liability Partnership;· U.S. REAL ESTATE CREDIT HOLDINGS III-A, LP, an Irish Limited Partnership; CALMWATER ASSET MANAGEMENT, LLC, a Delaware Limited Liability Company; GREENBURG TRAURIG, LLP, a New York Limited Liability Partnership; DOE ATTORNEYS 1-50; DOE FIDUCIARIES 1-50; DOES 1-100, inclusive

Defendants.

Case No. 2:23-cv-10152

**U.S. REAL ESTATE CREDIT HOLDINGS III-A LP AND CALMWATER ASSET MANAGEMENT, LLC'S NOTICE OF INTERESTED PARTIES**

Complaint Filed: December 1, 2023

/ / /

/ / /

The undersigned, counsel of record for Defendants U.S. Real Estate Credit Holdings III-A LP and Calmwater Asset Management, LLC, hereby submits their Notice of Interested Parties in accordance with Local Rule 7.1-1 and Federal Rule of Civil Procedure 7.1. These representations are made to enable the Court to evaluate possible disqualification or recusal. In addition to the named parties set forth in the caption, above, the undersigned certifies that the following listed parties may have a direct pecuniary interest in the outcome of this case:

Defendant **U.S. Real Estate Credit Holdings III-A LP** is a limited partnership formed in Ireland, with **U.S. Real Estate Credit Holdings III-A GP Limited** serving as its general partner and **U.S. Real Estate Credit Master Sub-Fund III-A** serving as its limited partner.

Defendant **Calmwater Asset Management, LLC** serves as U.S. Real Estate Credit Holdings III-A LP's investment manager but is not an owner or partner of same.

Dated: February 9, 2024

REED SMITH LLP

By: */s/ Marsha Houston*
MARSHA A. HOUSTON
CHRISTOPHER O. RIVAS
Attorneys for Defendants
U.S. Real Estate Credit Holdings III-A, LP and Calmwater Asset Management, LLC