Rudy R. Perrino (SBN: 190672)
**KUTAK ROCK LLP**
777 South Figueroa Street, Suite 4550
Los Angeles, California 90017-5800
Telephone: (213) 312-4000
Facsimile: (213) 312-4001
E-Mail: rudy.perrino@kutakrock.com

Oliver D. Griffin (Pennsylvania Bar No. 88026)
Admitted *Pro Hac Vice*
**GRIFFIN PARTNERS LLP**
123 S. Broad Street, Suite 1670
Philadelphia, PA 19109
Telephone: (267) 313-0766
Facsimile: (267) 427-8139
E-Mail: oliver.griffin@griffinlawllp.com

Attorneys for Plaintiffs,
ABRAHAM STUART RUBIN, DUSTY BERKE as Trustee of the STUART RUBIN CHILDREN'S TRUST, ANNETTE AND STUART RUBIN, as Co-Trustees of the STUART AND ANNETTE RUBIN FAMILY TRUST, ASR DEVELOPMENT CO., FORCE RUBIN, LLC AND FORCE RUBIN 2, LLC

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA - WESTERN DIVISION

ABRAHAM STUART RUBIN, an individual; DUSTY BERKE, as Trustee of the STUART RUBIN CHILDREN'S TRUST; and ANNETTE AND STUART RUBIN, as Co-Trustees of the STUART AND ANNETTE RUBIN FAMILY TRUST; ASR DEVELOPMENT CO.; FORCE RUBIN, LLC; FORCE RUBIN 2, LLC,

Plaintiffs,

v.

GARY STIFFELMAN; RICHARD M. PACHULSKI; PACHULSKI STANG ZIEHL & JONES LLP, a California Limited Liability Partnership; U.S. REAL ESTATE CREDIT HOLDINGS III-A, LP, an Irish Limited Partnership, et al.

Defendants.

Case No. 2:23-cv-10152-CBM (PVCx)

**NOTICE OF ENTRY OF ORDER EXTENDING TIME FOR ALL DEFENDANTS TO PLEAD OR OTHERWISE RESPOND TO COMPLAINT**

**Previous Date**
**Date:** **March 12, 2024**
**Time:** **9:00 a.m.**
**Courtroom:** **8D**

**New Date**
**Date:** **March 26, 2024**
**Time:** **9:00 a.m.**
**Courtroom:** **8D**

**TO THE COURT, ALL PARTIES AND THEIR COUNSEL OF RECORD HEREIN:**

**PLEASE TAKE NOTICE** that on February 8, 2024, the Court entered an Order extending time to and including **March 26, 2024** for all defendants to plead or otherwise respond to complaint.

A true and correct copy of the Court's Order is attached hereto as **Exhibit "A"**.

Dated: February 9, 2024

**KUTAK ROCK LLP**

By: [signature]

Rudy R. Perrino
Attorneys for Plaintiffs
ABRAHAM STUART RUBIN, DUSTY BERKE as Trustee of the STUART RUBIN CHILDREN'S TRUST, ANNETTE AND STUART RUBIN, as Co-Trustees of the STUART AND ANNETTE RUBIN FAMILY TRUST, ASR DEVELOPMENT, INC., FORCE RUBIN, LLC AND FORCE RUBIN 2, LLC

# Exhibit "A"

Case 2:23-cv-10152-CBM-PVC Document 52 Filed 02/09/24 Page 1 of 4 Page ID #:497

**VALLE MAKOFF LLP**
JOHN M. MOSCARINO (State Bar No. 122105)
jmoscarino@vallemakoff.com
11777 San Vicente Blvd., Suite 890
Los Angeles, California 90049
Telephone: (310) 476-0300
Facsimile: (310) 476-0333

Attorneys for Defendants
RICHARD M. PACHULSKI and PACHULSKI STANG ZIEHL & JONES LLP

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

**WESTERN DIVISION – FIRST STREET COURTHOUSE**

ABRAHAM STUART RUBIN, an individual; DUSTY BERKE, as Trustee of the STUART RUBIN CHILDREN'S TRUST; and ANNETTE AND STUART RUBIN, as Co-Trustees of the STUART AND ANNETTE RUBIN FAMILY TRUST; ASR DEVELOPMENT CO.; FORCE RUBIN, LLC; FORCE RUBIN 2, LLC,

Plaintiffs,

v.

GARY STIFFELMAN; RICHARD M. PACHULSKI; PACHULSKI STANG ZIEHL & JONES LLP, a California Limited Liability Partnership;· U.S. REAL ESTATE CREDIT HOLDINGS III-A, LP, an Irish Limited Partnership; CALMWATER ASSET MANAGEMENT, LLC, a Delaware Limited Liability Company; GREENBURG TRAURIG, LLP, a New York Limited Liability Partnership; DOE ATTORNEYS 1-50; DOE FIDUCIARIES 1-50; DOES 1-100, inclusive

Defendants.

Case No. 2:23-cv-10152 CBM (PVCx)

Hon. Consuelo B. Marshall

**ORDER EXTENDING TIME FOR ALL DEFENDANTS TO PLEAD OR OTHERWISE RESPOND TO COMPLAINT [38]**

Complaint Filed: December 1, 2023

/ / /

/ / /

This Court has reviewed the Ex Parte Application For Order Extending Time For All Defendants To Plead Or Otherwise Respond To The Complaint and finds that there is good cause to extend time for all defendants to plead or otherwise respond to the Complaint because there are two pending motions to withdraw which affect the Parties' ability to conduct a meaningful Rule 7-3 conference on the defendants' responses to the Complaint.

IT IS HEREBY ORDERED THAT all defendants shall have to and including MARCH 26, 2024, to plead or otherwise respond to the Complaint.

DATED: FEBRUARY 7, 2024

HON. CONSUELO B. MARSHALL
UNITED STATES DISTRICT JUDGE

# CERTIFICATE OF SERVICE

*Abraham Stuart Rubin, et al. v. Garry Stiffelman, et al.*
United States District Court – Western Division
Case No. 2:23-cv-10152-CBM (PVCx)

STATE OF CALIFORNIA, COUNTY OF LOS ANGELES

I am employed in the City of Los Angeles in the County of Los Angeles, State of California. I am over the age of 18 and not a party to the within action. My business address is 777 S. Figueroa Street, Suite 4550, Los Angeles, California 90017.

On **February 9, 2024**, I served on all interested parties as identified below:

**NOTICE OF ENTRY OF ORDER EXTENDING TIME FOR ALL DEFENDANTS TO PLEAD OR OTHERWISE RESPOND TO COMPLAINT**

| | |
|---|---|
| [X] | **(BY MAIL)** I deposited such envelope in the mail at Irvine, California. The envelope was mailed with postage thereon fully prepaid. I am readily familiar with the firm's practice for collection and processing correspondence for mailing. Under that practice, this(these) document(s) will be deposited with the U.S. Postal Service on this date with postage thereon fully prepaid at Irvine, California in the ordinary course of business. I am aware that on motion of the party served, service is presumed invalid if postal cancellation date or postage meter date is more than one day after date of deposit for mailing in affidavit. |

**PLEASE SEE ATTACHED SERVICE LIST**

[X] **(FEDERAL)** I declare that I am employed in the office of a member of the bar of this Court at whose direction service was made.

Executed on February 9, 2024, at Los Angeles, California.

Nanette Leali

*Nanette Leali*

**SERVICE LIST**

*Abraham Stuart Rubin, et al. v. Garry Stiffelman, et al.*
United States District Court – Western Division
*Case No. 2:23-cv-10152-CBM (PVCx)*

| | |
|---|---|
| Abraham Stuart Rubin<br>269 S. Beverly Dr., Suite 1455<br>Beverly Hills, CA 90212<br>Email: srubin@rprp.com | ABRAHAM STUART RUBIN, DUSTY BERKE as Trustee of the STUART RUBIN CHILDREN'S TRUST, ANNETTE AND STUART RUBIN, as Co-Trustees of the STUART AND ANNETTE RUBIN FAMILY TRUST, ASR DEVELOPMENT CO., FORCE RUBIN, LLC AND FORCE RUBIN 2, LLC |
| Dusty Berke<br>Trustee of the Stuart Rubin Children's Trust<br>2321 North Clinton Street<br>Orange, CA 92867 | DUSTY BERKE, AS TRUSTEE OF THE STUART RUBIN CHILDREN'S TRUST AND A. STUART RUBIN |