JENNER & BLOCK LLP
Michael P. McNamara (SBN 106079)
mmcnamara@jenner.com
Kirsten H. Spira (SBN 119885)
kspira@jenner.com
Effiong K. Dampha (SBN 323554)
edampha@jenner.com
515 South Flower Street, Suite 3300
Los Angeles, CA 90071-2246
(213) 239-5100 / Fax (213) 239-5199

*Attorneys for Defendant Greenberg Traurig*

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

WESTERN DIVISION

ABRAHAM STUART RUBIN, an individual; DUSTY BERKE, as Trustee of the STUART RUBIN CHILDREN'S TRUST; and ANNETTE AND STUART RUBIN, as Co-Trustees of the STUART AND ANNETTE RUBIN FAMILY TRUST; ASR DEVELOPMENT CO.; FORCE RUBIN, LLC; FORCE RUBIN 2, LLC,

Plaintiff,

v.

GARY STIFFELMAN; RICHARD M. PACHULSKI; PACHULSKI STANG ZIEHL & JONES LLP, a California Limited Liability Partnership;· U.S. REAL ESTATE CREDIT HOLDINGS III-A, LP, an Irish Limited Partnership; CALMWATER ASSET MANAGEMENT, LLC, a Delaware Limited Liability Company; GREENBURG TRAURIG, LLP, a New York Limited Liability Partnership; DOE ATTORNEYS 1-50; DOE FIDUCIARIES 1-50; DOES 1-100, inclusive

Defendants.

Case No. 2:23-cv-10152 CBM (PVC)

**GREENBERG TRAURIG, LLP'S STATEMENT OF NON-OPPOSITION TO MOTIONS TO WITHDRAW FILED BY OLIVER D. GRIFFIN AND KUTAK ROCK LLP**

Judge: Consuelo B. Marshall

Date: March 12, 2024
Time 9:00 a.m.
Place: Courtroom 8D

Complaint Filed: December 1, 2023

Defendant Greenberg Traurig, LLP ("GT") does not oppose Oliver D. Griffin's Motion to Withdraw as Counsel to Plaintiffs filed on January 25, 2024 (ECF No. 30) or Kutak Rock LLP's Amended Motion to Withdraw as Counsel to Plaintiffs filed on January 26, 2024 (ECF No. 32), so long as GT receives contact information for plaintiffs' new counsel by the March 12 hearing date.

As discussed in GT's Joinder to the *ex parte* application for an order extending defendants' response deadline (ECF No. 39), if both Griffin and Kutak Rock LLP are permitted to withdraw, plaintiffs will be without counsel. While individual plaintiff Rubin might be able to proceed *pro se*, all other plaintiffs are prohibited from doing so. L.R. 83-2.2.2 (prohibiting entities including "corporations, limited liability corporations, [and] trusts" from appearing *pro se*). This situation would be highly prejudicial to GT as GT would be unable to meet Local Rule 7-3's prefiling requirements for its planned motion to dismiss, or otherwise move forward with defending this litigation.[1]

Accordingly, GT respectfully requests that the Court dismiss plaintiffs' complaint if plaintiffs fail to obtain counsel on or by the March 12, 2024 hearing date.

Dated: February 15, 2024

JENNER & BLOCK LLP

*/s/ Michael P. McNamara*
Michael P. McNamara
Kirsten H. Spira
Effiong K. Dampha

*Attorneys for Defendant Greenberg Traurig*

[1] As described in Pachulski and Pachulski Stang Ziehl & Jones LLP's opposition to Griffin and Kutak Rock LLP's withdrawal motions (ECF No. 46), the claims asserted in this action are without merit. GT should not be forced to remain a defendant in this action while simultaneously prevented from moving to dismiss the claims against it.