AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT

for the

Central District of California

ABRAHAM STUART RUBIN, et al.
*Plaintiff*
v.
GARY STIFFELMAN, et al.
*Defendant*

Case No. 2:23-cv-10152 CBM (PVC)

## APPEARANCE OF COUNSEL

To: The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Defendant Greenberg Traurig, LLP .

Date: 02/22/2024

/s/ Michael P. McNamara
*Attorney's signature*

Michael P. McNamara (SBN 106079)
*Printed name and bar number*

Jenner & Block LLP
2029 Century Park East, Suite 1450
Los Angeles, CA 90067-2901
*Address*

MMcNamara@jenner.com
*E-mail address*

(213) 239-6900
*Telephone number*

(213) 239-5199
*FAX number*