AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT

for the

Central District of California

| | | |
|---|---|---|
| ABRAHAM STUART RUBIN, et al. *Plaintiff* | ) | |
| v. | ) | Case No. 2:23-cv-10152 CBM (PVC) |
| GARY STIFFELMAN, et al. *Defendant* | ) | |

**APPEARANCE OF COUNSEL**

To: The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Defendant Greenberg Traurig, LLP .

Date: 02/22/2024

/s/ Kirsten H. Spira
*Attorney's signature*

Kirsten H. Spira (SBN 119885)
*Printed name and bar number*

Jenner & Block LLP
2029 Century Park East, Suite 1450
Los Angeles, CA 90067-2901
*Address*

KSpira@jenner.com
*E-mail address*

(213) 239-6900
*Telephone number*

(213) 239-5199
*FAX number*