AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
Central District of California

ABRAHAM STUART RUBIN, et al.
*Plaintiff*
v.
GARY STIFFELMAN, et al.
*Defendant*

Case No. 2:23-cv-10152 CBM (PVC)

## APPEARANCE OF COUNSEL

To: The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Defendant Greenberg Traurig, LLP .

Date: 03/07/2024

/s/ Effiong K. Dampha
*Attorney's signature*

Effiong K. Dampha (SBN 323554)
*Printed name and bar number*

Jenner & Block LLP
515 South Flower Street, Suite 3300
Los Angeles, CA 90071-2246
*Address*

EDampha@jenner.com
*E-mail address*

(213) 239-5100
*Telephone number*

(213) 239-5199
*FAX number*