Rudy R. Perrino, Esq. (SBN: 190672)
**KUTAK ROCK LLP**
777 South Figueroa Street, Suite 4550
Los Angeles, California 90017-5800
Telephone: (213) 312-4000
E-Mail: rudy.perrino@kutakrock.com
Authorized E-Service: LAIntake@kutakrock.com

Oliver D. Griffin, Esq. (CO Bar No. 52262, Admitted *Pro Hac Vice*)
**GRIFFIN PARTNERS LLP**
123 S. Broad Street, Suite 1670
Philadelphia, PA 19109
Philadelphia, PA 19109
Telephone: (267) 313-0766
E-Mail: oliver.griffin@griffinlawllp.com

Attorneys for Plaintiffs

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

ABRAHAM STUART RUBIN, an individual; DUSTY BERKE, as Trustee of the STUART RUBIN CHILDREN'S TRUST; and ANNETTE AND STUART RUBIN, as Co-Trustees of the STUART AND ANNETTE RUBIN FAMILY TRUST; ASR DEVELOPMENT CO.; FORCE RUBIN, LLC; FORCE RUBIN 2, LLC,

Plaintiffs,

v.

GARY STIFFELMAN; RICHARD M. PACHULSKI; PACHULSKI STANG ZIEHL & JONES LLP, a California Limited Liability Partnership; U.S. REAL ESTATE CREDIT HOLDINGS III-A, LP, an Irish Limited Partnership; CALMWATER ASSET MANAGEMENT, LLC, a Delaware Limited Liability Company; GREENBURG TRAURIG, LLP, a New York Limited Liability Partnership; DOEATTORNEYS 1-50; DOE FIDUCIARIES 1-50;DOES 1-100, inclusive,

Defendants.

Case No.: 2:23-cv-10152-CBM(PCVx)
*(formerly 2:23-cv-10152-RAO)*

*Magistrate Judge Consuelo B. Marshall*
*Discovery Magistrate Judge Pedro V. Castillo*

Courtroom 8D

**RUDY PERRINO'S *EX PARTE* APPLICATION FOR AN ORDER ALLOWING REMOTE APPEARANCE; MEMORANDUM OF POINTS AND AUTHORITIES IN SUPPORT THEREOF; and DECLARATION OF RUDY R. PERRINO IN SUPPORT THEREOF**

**Date:** **March 12, 2024**
**Time:** **9:00 a.m.**
**Courtroom.:** **8D**

Pursuant to Local Rule 7-19, Rudy Perrino of Kutak Rock LLP, counsel to Plaintiffs ABRAHAM STUART RUBIN, DUSTY BERKE as Trustee of the STUART RUBIN CHILDREN'S TRUST, ANNETTE AND STUART RUBIN, as Co-Trustees of the STUART AND ANNETTE RUBIN FAMILY TRUST, ASR DEVELOPMENT, INC., FORCE RUBIN, LLC and FORCE RUBIN 2, LLC (collectively, "Plaintiffs"), hereby submits this *ex parte* application for an order allowing him to attend the hearing in the above-captioned court on March 12, 2024 at 9:00 a.m. (the "Hearing") remotely.

This *ex parte* application is made on the ground that Plaintiffs' counsel, Rudy R. Perrino, is physically incapacitated and unable to physically attend the Hearing without significant pain and discomfort.

Dated: March 11, 2024

**KUTAK ROCK LLP**

By: */s/ Rudy R. Perrino*
Rudy R. Perrino
Oliver D. Griffin
Attorneys for Plaintiffs,
ABRAHAM STUART RUBIN,
DUSTY BERKE as Trustee of the
STUART RUBIN CHILDREN'S
TRUST, ANNETTE AND STUART
RUBIN, as Co-Trustees of the
STUART AND ANNETTE RUBIN
FAMILY TRUST, ASR
DEVELOPMENT, INC., FORCE
RUBIN, LLC AND FORCE RUBIN
2, LLC

## MEMORANDUM OF POINT AND AUTHORITIES

### I. STATEMENT OF FACTS

On January 26, 2024, Kutak Rock LLP filed a Notice of Motion and Motion to Withdraw as Counsel for Plaintiffs. Declaration of Rudy R. Perrino ("Perrino Decl."), ¶ 2. On January 29, 2024, Kutak Rock LLP filed an Amended Notice of Motion and Motion to Withdraw as Counsel for Plaintiffs. Perrino Decl., ¶ 3. On February 6, 2024, the Court ordered Mr. Perrino's motion for withdrawal to be heard on March 12, 2024, at 9:00 a.m., in the above-captioned court and required physical attendance by plaintiffs and their counsel. Perrino Decl., ¶ 4.

On March 8, 2024, just four days before the hearing on his withdrawal, Plaintiffs' Counsel, Rudy R. Perrino, underwent shoulder surgery. Perrino Decl., ¶ 5. Mr. Perrino initially believed that he would be able to attend the Hearing in person after just a few, short days of recovery without significant pain or discomfort. *Id.* Unfortunately, Mr. Perrino has not recovered from the shoulder surgery as quickly as anticipated and is unable to attend the Hearing in person without significant pain and discomfort. Perrino Decl., ¶ 6.

On March 11, 2024 at approximately 1:30 p.m., counsel for Plaintiffs e-mailed all other counsel to advise them of the instant ex parte and the reasons therefore. Perrino Decl., ¶ 7. As of the filing of this ex parte, counsel for Pachulski/PSZJ and for USRECH/Calmwater have responded that they are not opposed. Id.

### II. LEGAL ARGUMENT

Situations that warrant *ex parte* communications are extremely limited. *In re Intermagnetics Am., Inc.*, 101 B.R. 191 (C.D. Cal. 1989). Furthermore, to be proper, an *ex parte* application must demonstrate good cause to "go to the head of the line in front of all other litigants and receive special treatment." *Mission Power Engineering Co. v. Continental Casualty Co.*, 883 F.Supp 488, 489 (C.D.Cal.1995). An *ex parte* application "is justified only when (1) there is a threat of immediate or

irreparable injury; (2) there is danger that notice to the other party may result in the destruction of evidence or the party's flight; or (3) the party seeks a routine procedural order that cannot be obtained through a regularly noticed motion." *Horne v. Wells Fargo Bank, N.A.*, 969 F. Supp. 2d 1203, 1205 (C.D. Cal. 2013).

Here, Kutak Rock LLP has good cause to seek *ex parte* relief on a routine procedural order that cannot be obtained through a regularly noticed motion, namely that Rudy Perrino be allowed to appear at the Hearing remotely.

**A. Good Cause Exists for this Request**

Good cause exists to grant this application because Mr. Perrino is unable to attend without severe pain and discomfort due to necessary medical treatment. Perrino Decl., ¶ 6. Mr. Perrino will be irreparably prejudiced if not allowed to attend remotely because physical appearance is impossible without significant pain and discomfort. Without this *ex parte* order, Mr. Perrino's arguments for withdrawal will not be fully heard by the Court. Plaintiffs are not at fault, as this required physical absence was out of their control and unanticipated by Mr. Perrino.

**B. Notice was Properly Given**

Pursuant to the requirements of Local Rule 7-19, Defendants' counsels' names, addresses, telephone numbers, and email addresses are summarized as follows:

| **Name** | **Address** | **Telephone Number** | **Email Address** | **Parties Represented** |
|---|---|---|---|---|
| Marsha A. Houston and Christopher O. Rivas | 355 South Grand Avenue, Suite 2900 Los Angeles, CA 90071-1514 | (213) 457-8000 | mhouston@reedsmith.com crivas@reedsmith.com | U.S. Real Estate Credit Holdings III-A, LP and Calmwater Asset Management, LLC |
| Michael P. McNamara, Kirsten H. Spira, and | 515 South Flower St., Suite 3300 | (213) 239-5100 | mmcnamara@jenner.com kspira@jenner.com edampha@jenner.com | Greenberg Traurig |

| Name | Address | Telephone Number | Email Address | Parties Represented |
|---|---|---|---|---|
| Effiong K. Dampha | Los Angeles, CA 90071-2246 | | | |
| John M. Moscarino | 11777 San Vicente Blvd., Suite 890 Los Angeles, CA 90049 | (310) 476-0300 | jmoscarino@vallemakoff.com | Richard M. Pachulski and Pachulki Stang Ziehl & Jones LLP |
| Christopher Frost, Nico L. Brancolini, and David Tiraturyan | 10960 Wilshire Boulevard, Suite 1260 Los Angeles, CA 90024 | (424) 254-0441 | chris@frostllp.com nico@frostllp.com davidl@frostllp.com | Gary Stiffelman |

Plaintiffs' counsel advised Defendant's counsel via e-mail on March 11, 2024 at approximately 1:30 p.m. that this application would be filed. Perrino Decl., ¶ 7. As of the filing of this document, counsel for Richard Pachulski/Pachulski Stang and for USRECH/Calmwater have responded that they will not oppose. *Id.*

/ / /

/ /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

## III. CONCLUSION

For the foregoing reasons, Rudy Perrino respectfully requests the Court issue an order allowing him to attend the Hearing remotely.

Dated: March 11, 2024

**KUTAK ROCK LLP**

By: */s/ Rudy R. Perrino*
Rudy R. Perrino
Oliver D. Griffin
Attorneys for Plaintiffs,
ABRAHAM STUART RUBIN,
DUSTY BERKE as Trustee of the STUART RUBIN CHILDREN'S TRUST, ANNETTE AND STUART RUBIN, as Co-Trustees of the STUART AND ANNETTE RUBIN FAMILY TRUST, ASR DEVELOPMENT, INC., FORCE RUBIN, LLC AND FORCE RUBIN 2, LLC

# DECLARATION OF RUDY R. PERRINO

I, Rudy R. Perrino, declare as follows:

1. I am an attorney and partner of the law firm Kutak Rock, LLP, counsel of record for Plaintiffs ABRAHAM STUART RUBIN, DUSTY BERKE as Trustee of the STUART RUBIN CHILDREN'S TRUST, ANNETTE AND STUART RUBIN, as Co-Trustees of the STUART AND ANNETTE RUBIN FAMILY TRUST, ASR DEVELOPMENT, INC., FORCE RUBIN, LLC and FORCE RUBIN 2, LLC (collectively, "Plaintiffs") in the above-captioned action. I am a member in good standing of the State Bar of California. I have personal knowledge of the facts set forth in this Declaration and, if called as a witness, could and would competently testify to such facts under oath.

2. Kutak Rock LLP filed their Notice of Motion and Motion to Withdraw as Counsel for Plaintiffs on January 26, 2024.

3. Kutak Rock LLP filed an Amended Notice of Motion and Motion to Withdraw as Counsel for Plaintiffs on January 29, 2024.

4. On February 6, 2024, the Court ordered Plaintiffs' Motion to Withdraw to be heard on March 12, 2024 at 9:00 a.m. in the above-captioned court and that plaintiffs and their counsel attend in person.

5. On March 8, 2024, I underwent shoulder surgery with the expectation of being able to physically attend the March 12, 2024 hearing.

6. Following the surgery, I am unable to physically attend the March 12, 2024 hearing without great discomfort and pain.

7. On March 11, 2024 at approximately 1:20 p.m., I emailed Defendants' counsel at his email/phone number on file and advised them of this *ex parte* application. As of the filing of this application, I have received a response from counsel for Richard Pachulski and PSZJ, and separately counsel for USRECH/Calmwater who have said they will not oppose.

/ / /

/ / /

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct to the best of my knowledge.

Executed this 11th day of March, 2024, at Thousand Oaks, California.

Rudy R. Perrino

## CERTIFICATE OF SERVICE

I hereby certify that on March 11, 2024 , I caused to be electronically filed the foregoing document(s) **RUDY PERRINO'S *EX PARTE* APPLICATION FOR AN ORDER ALLOWING REMOTE APPEARANCE; MEMORANDUM OF POINTS AND AUTHORITIES IN SUPPORT THEREOF; and DECLARATION OF RUDY R. PERRINO IN SUPPORT THEREOF** with the Clerk of the Court by using the CM/ECF system. Participants in the case who are registered CM/ECF users will be served by the CM/ECF system. Participants in the case who are not registered CM/ECF users will be served by mail, electronic mail, or by other means permitted by the court rules.

Dated: March 11, 2024 **KUTAK ROCK LLP**

By: */s/Rudy R. Perrino*
Rudy R. Perrino
Oliver D. Griffin
Attorneys for Plaintiffs,
ABRAHAM STUART RUBIN, DUSTY BERKE as Trustee of the STUART RUBIN CHILDREN'S TRUST, ANNETTE AND STUART RUBIN, as Co-Trustees of the STUART AND ANNETTE RUBIN FAMILY TRUST, ASR DEVELOPMENT, INC., FORCE RUBIN, LLC AND FORCE RUBIN 2, LLC