UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

CIVIL MINUTES - GENERAL

| | | | |
|---|---|---|---|
| Case No. | CV 23-10152-CBM-(PVCx) | Date | March 11, 2024 |
| Title | *Rubin et al. v. Stiffelman et al.* | | |

| | |
|---|---|
| Present: The Honorable | CONSUELO B. MARSHALL, UNITED STATES DISTRICT JUDGE |

| | |
|---|---|
| YOLANDA SKIPPER | NOT REPORTED |
| Deputy Clerk | Court Reporter |
| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
| NONE PRESENT | NONE PRESENT |

**Proceedings:** **IN CHAMBERS- ORDER RE: RUDY PERRINO'S *EX PARTE* APPLICATION FOR AN ORDER ALLOWING REMOTE APPEARANCE**

The matter before the Court is Rudy Perrino's *Ex Parte* Application for an Order Allowing Remote Appearance. (Dkt. No. 61 (the "Application").)

On February 6, 2024, the Court ordered counsel for Plaintiffs and Plaintiffs to appear in person at the March 12, 2024 hearing on Oliver D. Griffin's Motion to Withdraw as Counsel to Plaintiffs (Dkt. No. 30) and Kutak Rock LLP's Motion to Withdraw as Counsel For Plaintiffs (Dkt. No. 32), and ordered Plaintiffs' counsel to advise Plaintiffs that they are ordered to appear in person at the hearing. (Dkt. No. 43.)

Accordingly, the Application is **DENIED**. However, the Court continues the hearing on the Motions to Withdraw to **April 30, 2024 at 10:00 a.m**. so that Plaintiffs' counsel may appear in person for the hearing on the Motions to Withdraw.

Counsel for Plaintiffs shall advise Plaintiffs of the new hearing date, that all Plaintiffs (including representatives for the non-individual Plaintiffs) are ordered to appear in person for the hearing, and shall provide Plaintiffs with written notice of the instant Order.

**IT IS SO ORDERED.**

00 :