CHRISTOPHER FROST (SBN 200336)
chris@frostllp.com
NICO BRANCOLINI (SBN 318237)
nico@frostllp.com
DAVID TIRATURYAN (SBN 350995)
david1@frostllp.com
FROST LLP
10960 Wilshire Boulevard, Suite 2100
Los Angeles, California 90024
Telephone: (424) 254-0441
Facsimile: (424) 600-8504

Attorneys for Defendant Gary Stiffelman

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA, WESTERN DIVISION

ABRAHAM STUART RUBIN, an individual; DUSTY BERKE, as Trustee of the STUART RUBIN CHILDREN'S TRUST; and ANNETTE AND STUART RUBIN, as Co-Trustees of the STUART AND ANNETTE RUBIN FAMILY TRUST; ASR DEVELOPMENT CO.; FORCE RUBIN, LLC; FORCE RUBIN 2, LLC,

Plaintiff,

vs.

GARY STIFFELMAN; RICHARD M. PACHULSKI; PACHULSKI STANG ZIEHL & JONES LLP, a California Limited Liability Partnership;· U.S. REAL ESTATE CREDIT HOLDINGS III-A, LP, an Irish Limited Partnership; CALMWATER ASSET MANAGEMENT, LLC, a Delaware Limited Liability Company; GREENBURG TRAURIG, LLP, a New York Limited Liability Partnership; DOE ATTORNEYS 1-50; DOE FIDUCIARIES 1-50; DOES 1-100, inclusive,

Defendant.

Case No. 2:23-cv-10152 CBM (PVC)

*Hon. Consuelo B. Marshall*

**JOINT STIPULATION TO CONTINUE RESPONSE DATE IN LIGHT OF UNCERTAINTY OF PLAINTIFFS' COUNSEL**

FROST

The Parties submit this stipulation with respect to the following facts:

1. Plaintiffs Abraham Stuart Rubin, Dusty Berke, Trustee of the Stuart Rubin Children's Trust, Annette and Stuart Rubin, as Co-Trustees of the Stuart and Annette Rubin Family Trust, ASR Development Co., Force Rubin, LLC, and Force Rubin 2, LLC ("Plaintiffs") filed this action (the "Action") on December 1, 2023 against Defendants Gary Stiffelman, Richard M. Pachulski, Pachulski Stang Ziehl & Jones LLP, U.S. Real Estate Credit Holdings III-A, LP, Calmwater Asset Management, LLC, and Greenberg Traurig, LLP ("Defendants").
2. Plaintiffs are currently represented by Kutak Rock and Oliver Griffin ("Griffin").
3. Kutak Rock and Griffin have filed motions to be relieved as counsel, which are set to be heard on April 30, 2024.
4. Defendants' responsive pleading deadline is currently set for March 26.
5. At this time, no replacement counsel has appeared for Plaintiffs, and current Plaintiffs' counsel have represented they are not authorized to make any agreements concerning Defendants' anticipated responsive motions, nor are they authorized to participate in an early meeting of counsel.
6. It is also possible that new Plaintiffs' counsel will amend the complaint, if new counsel appears at all.
7. Defendants would like to move this case forward as expeditiously, productively, and orderly as possible.

THEREFORE THE PARTIES AGREE AND STIPULATE AS FOLLOWS, subject to Court approval:

1. Defendants' responsive pleading deadline shall be continued to the earlier of: (i) May 7, 2024 or (ii) three weeks after the appearance of replacement counsel for Plaintiffs.

2. Nothing in this Stipulation shall prevent any Defendant from filing a responsive pleading earlier than the deadline provided in 1. above. Neither shall this Stipulation prevent any Defendant from setting any motion on the earliest available hearing date on the Court's calendar that allows for briefing on full notice.
3. The Parties agree to participate in an early meeting of counsel on the earlier of: (i) May 7, 2024 or (ii) three weeks after the appearance of replacement counsel for Plaintiffs.

IT IS SO STIPULATED.

[signatures begin on next page]

DATED: March 15, 2024 FROST LLP

By: [signature]
CHRISTOPHER FROST
NICO BRANCOLINI
DAVID TIRATURYAN
Attorneys for Defendant Gary Stiffelman

DATED: March 15, 2024 KUTAK ROCK LLP

By: /s/ Rudy R. Perrino
RUDY R. PERRINO
Attorney for Plaintiffs ASR Development Co.; Annette and Stuart Rubin; Force Rubin 2, LLC; Force Rubin, LLC; Dusty Berke; Abraham Stuart Rubin;

DATED: March 15, 2024 JENNER & BLOCK LLP

By: /s/ Kirsten Spira
KIRSTEN SPIRA
Attorney for Defendant Greenberg Traurig;

DATED: March 15, 2024

REED SMITH LLP

By: /s/ Marsha Houston
MARSHA HOUSTON
Attorney for Defendants
Calmwater Asset Management and US Real Estate Credit Holdings;

DATED: March 15, 2024

VALLE MAKOFF LLP

By: /s/ John Moscarino
JOHN MOSCARINO
Attorney for Defendants
Richard Pachulski and Pachulski Stang