Rudy R. Perrino (SBN: 190672)
**KUTAK ROCK LLP**
777 South Figueroa Street, Suite 4550
Los Angeles, California 90017-5800
Telephone: (213) 312-4000
Facsimile: (213) 312-4001
E-Mail: rudy.perrino@kutakrock.com

Attorneys for Plaintiffs,
ABRAHAM STUART RUBIN, DUSTY BERKE as Trustee of the STUART RUBIN CHILDREN'S TRUST, ANNETTE AND STUART RUBIN, as Co-Trustees of the STUART AND ANNETTE RUBIN FAMILY TRUST, ASR DEVELOPMENT CO., FORCE RUBIN, LLC AND FORCE RUBIN 2, LLC

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA - WESTERN DIVISION**

| | |
|---|---|
| ABRAHAM STUART RUBIN, an individual; DUSTY BERKE, as Trustee of the STUART RUBIN CHILDREN'S TRUST; and ANNETTE AND STUART RUBIN, as Co-Trustees of the STUART AND ANNETTE RUBIN FAMILY TRUST; ASR DEVELOPMENT CO.; FORCE RUBIN, LLC; FORCE RUBIN 2, LLC,<br><br>Plaintiffs,<br><br>v.<br><br>GARY STIFFELMAN; RICHARD M. PACHULSKI; PACHULSKI STANG ZIEHL & JONES LLP, a California Limited Liability Partnership; U.S. REAL ESTATE CREDIT HOLDINGS III-A, LP, an Irish Limited Partnership, et al.<br><br>Defendants. | Case No. 2:23-cv-10152-CBM (PVCx)<br><br>Hon. Consuelo B. Marshall<br><br>**NOTICE OF RULING ON RUDY PERRINO'S *EX PARTE* APPLICATION FOR AN ORDER ALLOWING REMOTE APPEARANCE**<br><br>**Date: March 12, 2024**<br>**New Hearing Date: April 30, 2024**<br>**Time: 10:00 a.m.**<br>**Courtroom: 8D**<br><br>Complaint Filed December 1, 2023 |

**TO ALL PARTIES AND COUNSEL OF RECORD:**

**PLEASE TAKE NOTICE THAT** on March 11, 2024, the Court denied Rudy Perrino's *Ex Parte* Application for an Order Allowing Remote Appearance at the March 12, 2024 hearing to Withdraw as Counsel to Plaintiffs on the grounds that all parties are to appear in person.

The Court continued the hearing date on the Motions to Withdraw to **April 30, 2024 at 10:00 a.m.** and further ordered that **all plaintiffs and their counsel to appear in person**. Plaintiffs to give notice.

A true and correct copy of the Court's Minute Order is attached hereto as **Exhibit A**.

Dated: March 15, 2024

**KUTAK ROCK LLP**

By: [signature]

Rudy R. Perrino
Attorneys for Plaintiffs
ABRAHAM STUART RUBIN, DUSTY BERKE as Trustee of the STUART RUBIN CHILDREN'S TRUST, ANNETTE AND STUART RUBIN, as Co-Trustees of the STUART AND ANNETTE RUBIN FAMILY TRUST, ASR DEVELOPMENT, INC., FORCE RUBIN, LLC AND FORCE RUBIN 2, LLC

# EXHIBIT A

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

CIVIL MINUTES - GENERAL

| Case No. | CV 23-10152-CBM-(PVCx) | Date | March 11, 2024 |
|---|---|---|---|
| Title | *Rubin et al. v. Stiffelman et al.* | | |

| Present: The Honorable | CONSUELO B. MARSHALL, UNITED STATES DISTRICT JUDGE |
|---|---|
| YOLANDA SKIPPER<br>Deputy Clerk | NOT REPORTED<br>Court Reporter |
| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
| NONE PRESENT | NONE PRESENT |

**Proceedings:** **IN CHAMBERS- ORDER RE: RUDY PERRINO'S *EX PARTE* APPLICATION FOR AN ORDER ALLOWING REMOTE APPEARANCE**

The matter before the Court is Rudy Perrino's *Ex Parte* Application for an Order Allowing Remote Appearance. (Dkt. No. 61 (the "Application").)

On February 6, 2024, the Court ordered counsel for Plaintiffs and Plaintiffs to appear in person at the March 12, 2024 hearing on Oliver D. Griffin's Motion to Withdraw as Counsel to Plaintiffs (Dkt. No. 30) and Kutak Rock LLP's Motion to Withdraw as Counsel For Plaintiffs (Dkt. No. 32), and ordered Plaintiffs' counsel to advise Plaintiffs that they are ordered to appear in person at the hearing. (Dkt. No. 43.)

Accordingly, the Application is **DENIED**. However, the Court continues the hearing on the Motions to Withdraw to **April 30, 2024 at 10:00 a.m**. so that Plaintiffs' counsel may appear in person for the hearing on the Motions to Withdraw.

Counsel for Plaintiffs shall advise Plaintiffs of the new hearing date, that all Plaintiffs (including representatives for the non-individual Plaintiffs) are ordered to appear in person for the hearing, and shall provide Plaintiffs with written notice of the instant Order.

**IT IS SO ORDERED.**

00 :

**CERTIFICATE OF SERVICE**

*Abraham Stuart Rubin, et al. v. Garry Stiffelman, et al.*
United States District Court – Western Division
Case No. 2:23-cv-10152-CBM (PVCx)

STATE OF CALIFORNIA, COUNTY OF LOS ANGELES

I am employed in the City of Los Angeles in the County of Los Angeles, State of California. I am over the age of 18 and not a party to the within action. My business address is 777 S. Figueroa Street, Suite 4550, Los Angeles, California 90017.

☒ I hereby certify that on March 15, 2024, I caused to be electronically filed the foregoing document(s) **NOTICE OF RULING ON RUDY PERRINO'S *EX PARTE* APPLICATION FOR AN ORDER ALLOWING REMOTE APPEARANCE** with the Clerk of the Court by using the CM/ECF system. Participants in the case who are registered CM/ECF users will be served by the CM/ECF system. Participants in the case who are not registered CM/ECF users will be served by mail, electronic mail, or by other means permitted by the court rules.

**(PLEASE SEE ATTACHED SERVICE LIST**

[X] **(FEDERAL)** I declare that I am employed in the office of a member of the bar of this Court at whose direction service was made.

Executed on March 15, 2024, at Los Angeles, California.

Nanette Leali

*Nanette Leali*

## SERVICE LIST

*Abraham Stuart Rubin, et al. v. Garry Stiffelman, et al.*
United States District Court – Western Division
*Case No. 2:23-cv-10152-CBM (PVCx)*

| | |
|---|---|
| Abraham Stuart Rubin<br>Annette Rubin<br>269 S. Beverly Dr., Suite 1455<br>Beverly Hills, CA 90212<br>Email: srubin@rprp.com<br>ar@rprp.com | ABRAHAM STUART RUBIN, DUSTY BERKE as Trustee of the STUART RUBIN CHILDREN'S TRUST, ANNETTE AND STUART RUBIN, as Co-Trustees of the STUART AND ANNETTE RUBIN FAMILY TRUST, ASR DEVELOPMENT CO., FORCE RUBIN, LLC AND FORCE RUBIN 2, LLC |
| Dusty Berke<br>Trustee of the Stuart Rubin Children's Trust<br>2321 North Clinton Street<br>Orange, CA 92867<br>Email: godustyb@yahoo.com | DUSTY BERKE, AS TRUSTEE OF THE STUART RUBIN CHILDREN'S TRUST AND A. STUART RUBIN |