UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA, WESTERN DIVISION

ABRAHAM STUART RUBIN, an individual; DUSTY BERKE, as Trustee of the STUART RUBIN CHILDREN'S TRUST; and ANNETTE AND STUART RUBIN, as Co-Trustees of the STUART AND ANNETTE RUBIN FAMILY TRUST; ASR DEVELOPMENT CO.; FORCE RUBIN, LLC; FORCE RUBIN 2, LLC,

Plaintiff,

vs.

GARY STIFFELMAN; RICHARD M. PACHULSKI; PACHULSKI STANG ZIEHL & JONES LLP, a California Limited Liability Partnership;· U.S. REAL ESTATE CREDIT HOLDINGS III-A, LP, an Irish Limited Partnership; CALMWATER ASSET MANAGEMENT, LLC, a Delaware Limited Liability Company; GREENBURG TRAURIG, LLP, a New York Limited Liability Partnership; DOE ATTORNEYS 1-50; DOE FIDUCIARIES 1-50; DOES 1-100, inclusive,

Defendant.

Case No. 2:23-cv-10152 CBM (PVCx)

*Hon. Consuelo B. Marshall*

**ORDER ON JOINT STIPULATION TO CONTINUE RESPONSE DATE IN LIGHT OF UNCERTAINTY OF PLAINTIFFS' COUNSEL [63]**

[NOTE CHANGES MADE BY COURT]

The matter before the Court is the Stipulation to Continue Response Date In Light of Uncertainty of Plaintiffs' Counsel ("Stipulation") (Dkt. No. 63). Having considered the Stipulation, and GOOD CAUSE appearing, it is HEREBY ORDERED that:

1. All Defendants' responsive pleading deadline shall be continued to the earlier of: (i) May 7, 2024 or (ii) three weeks after the appearance of replacement counsel for Plaintiffs; and

2. Nothing in this Order shall prevent any Defendant from filing a responsive pleading earlier than the deadline provided in 1. above. Neither shall this Stipulation prevent any Defendant from setting any motion on the earliest available hearing date on the Court's calendar that allows for briefing on full notice.

**IT IS SO ORDERED.**

DATE: March 18, 2024

HON. CONSUELO B. MARSHALL
U.S. DISTRICT COURT JUDGE