JENNER & BLOCK LLP
Michael P. McNamara (SBN 106079)
Kirsten H. Spira (SBN 119885)
2029 Century Park East, Suite 1450
Los Angeles, California 90067-2901
Telephone: +1 213 239 6900
Facsimile: +1 213 239 5199
Email: mmcnamara@jenner.com
kspira@jenner.com

Effiong K. Dampha (SBN 323554)
515 South Flower Street, Suite 3300
Los Angeles, California 90071-2246
Telephone: +1 213 239 5100
Email: edampha@jenner.com

*Attorneys for Defendant Greenberg Traurig*

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA – WESTERN DIVISION**

ABRAHAM STUART RUBIN, an individual; DUSTY BERKE, as Trustee of the STUART RUBIN CHILDREN'S TRUST; and ANNETTE AND STUART RUBIN, as Co-Trustees of the STUARTAND ANNETTE RUBIN FAMILY TRUST; ASR DEVELOPMENT CO.; FORCE RUBIN, LLC; FORCE RUBIN 2, LLC,

Plaintiffs,

v.

GARY STIFFELMAN; RICHARD M. PACHULSKI; PACHULSKI STANG ZIEHL & JONES LLP, a California Limited Liability Partnership;· U.S. REAL ESTATE CREDIT HOLDINGS III-A, LP, an Irish Limited Partnership; CALMWATER ASSET MANAGEMENT, LLC, a Delaware Limited Liability Company; GREENBURG TRAURIG, LLP, a New York Limited Liability Partnership; DOE ATTORNEYS 1-50; DOE FIDUCIARIES 1-50; DOES 1-100, inclusive

Defendants.

Case No. 2:23-cv-10152 CBM(PVC)

**NOTICE OF ERRATA RE: DEFENDANT GREENBERG TRAURIG, LLP'S NOTICE OF MOTION AND MOTION TO DISMISS**

Judge: Consuelo B. Marshall
Courtroom: 8D
Date: April 23, 2024
Time: 10:00 a.m.

TO THE COURT, ALL PARTIES, AND THEIR COUNSEL OF RECORD:

PLEASE TAKE NOTICE that Defendant Greenberg Traurig, LLP ("GT") respectfully submits this Notice of Errata regarding its Notice of Motion and Motion to Dismiss ("Notice").

GT inadvertently included the incorrect courtroom address for the hearing on its Motion to Dismiss. The corrected Notice of Motion and Motion to Dismiss addresses these inadvertent errors. As a result, GT now files this Notice of Errata and accompanying corrected Notice of Motion and Motion to Dismiss.

Dated: March 29, 2024

JENNER & BLOCK LLP

`

/s/ *Kirsten H. Spira*

Kirsten H. Spira
Michael P. McNamara
Effiong K. Dampha

*Attorneys for Defendant Greenberg Traurig*