**VALLE MAKOFF LLP**
JOHN M. MOSCARINO (State Bar No. 122105)
jmoscarino@vallemakoff.com
11777 San Vicente Blvd., Suite 890
Los Angeles, California 90049
Telephone: (310) 476-0300
Facsimile: (310) 476-0333

Attorneys for Defendants
RICHARD M. PACHULSKI and PACHULSKI STANG ZIEHL & JONES LLP

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

**WESTERN DIVISION – FIRST STREET COURTHOUSE**

ABRAHAM STUART RUBIN, an individual; DUSTY BERKE, as Trustee of the STUART RUBIN CHILDREN'S TRUST; and ANNETTE AND STUART RUBIN, as Co-Trustees of the STUART AND ANNETTE RUBIN FAMILY TRUST; ASR DEVELOPMENT CO.; FORCE RUBIN, LLC; FORCE RUBIN 2, LLC,

Plaintiffs,

v.

GARY STIFFELMAN; RICHARD M. PACHULSKI; PACHULSKI STANG ZIEHL & JONES LLP, a California Limited Liability Partnership;· U.S. REAL ESTATE CREDIT HOLDINGS III-A, LP, an Irish Limited Partnership; CALMWATER ASSET MANAGEMENT, LLC, a Delaware Limited Liability Company; GREENBURG TRAURIG, LLP, a New York Limited Liability Partnership; DOE ATTORNEYS 1-50; DOE FIDUCIARIES 1-50; DOES 1-100, inclusive

Defendants.

Case No. 2:23-cv-10152 CBM (PVCx)

Hon. Consuelo B. Marshall

**NOTICE OF ERRATA RE MOTION TO DISMISS**

Date: June 4, 2024
Time: 10:00 a.m.
Place: Courtroom 8D

Complaint Filed: December 1, 2023

/ / /

/ / /

TO ALL PARTIES AND TO THEIR RESPECTIVE ATTORNEYS OF RECORD:

PLEASE TAKE NOTICE that Defendants Richard M. Pachulski (“Pachulski”) and Pachulski Stang Ziehl & Jones LLP (“PSZJ”) respectfully submits this Notice of Errata regarding its Motion to Dismiss RICO Claims Pursuant To Federal Rule Of Civil Procedure 12(B)(6), To Dismiss State Law Claims Pursuant To Federal Rule Of Civil Procedure 12(B)(6) And 12(B)(1), To Require More Definite Statement Pursuant To Federal Rule Of Civil Procedure 12(E), And To Strike Pursuant To Federal Rule Of Civil Procedure 12(F) (“the Motion”).

The Court’s online ECF entry incorrectly lists the date of May 7, 2024 (deadline for responsive pleadings) as the hearing date for the Motion. The correct hearing date is June 4, 2024.

Dated: April 17, 2024

VALLE MAKOFF

By: */s/ John M. Moscarino*
JOHN M. MOSCARINO
Attorneys for Defendants
RICHARD M. PACHULSKI and
PACHULSKI STANG ZIEHL &
JONES LLP