# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

ABRAHAM STUART RUBIN, et al.

Plaintiff(s),

v.

GARY STIFFELMAN, et al.

Defendant(s).

CASE NUMBER:

2:23−cv−10152−CBM−PVC

**NOTICE TO FILER OF DEFICIENCIES IN FILED DOCUMENT**

**PLEASE TAKE NOTICE:**

The following problem(s) have been found with your filed document:

Date Filed: 4/18/2024

Document No.: 75

Title of Document: NOTICE OF DISMISSAL PURSUANT TO FEDERAL RULES OF CIVIL PROCEDURE 41(a) or (c)

**ERROR(S) WITH DOCUMENT:**

Incorrect event selected. Correct event to be used is: Civil Events Other Filings Notices − SELECT −Voluntary Dismissal of a Case (Pursuant to FRCP 41(a)(1))

Other:

**Note: In response to this notice, the Court may: 1) order an amended or corrected document to be filed; 2) order the document stricken; or 3) take other action as the Court deems appropriate. You need not take any action in response to this notice unless and until the Court directs you to do so.**

Clerk, U.S. District Court

Dated: April 19, 2024

By: /s/ *Sharon Hall−Brown*
*Sharon_Hall−Brown@cacd.uscourts.gov*
Deputy Clerk

*cc: Assigned District Judge and/or Magistrate Judge*

Please refer to the Court's website at www.cacd.uscourts.gov for Local Rules, General Orders, and applicable forms.