UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
CIVIL MINUTES - GENERAL **JS-6**

| | | | |
|---|---|---|---|
| Case No. | **CV 23-10152-CBM(PVCx)** | Date | APRIL 19, 2024 |
| Title | Abraham Stuart Rubin et al v. Gary Stiffelman et al | | |

---

Present: The Honorable CONSUELO B. MARSHALL, UNITED STATES DISTRICT JUDGE

| | |
|---|---|
| YOLANDA SKIPPER | NOT REPORTED |
| Deputy Clerk | Court Reporter |

| | |
|---|---|
| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
| None Present | None Present |

**Proceedings:** **In Court** X **In Chambers** X **Counsel Notified**

Case is ordered closed pursuant to the Notice of dismissal filed on April 18, 2024 [75].
All pending hearings and motions are now taken off calendar and vacated.
Please ENTER JS-6.

IT IS SO ORDERED.

cc: all parties