UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
CIVIL MINUTES - GENERAL                           JS-6

*AMENDED*

| Case No. | CV 23-10152-CBM(PVCx) | Date | APRIL 19, 2024 |
|---|---|---|---|
| Title | Abraham Stuart Rubin et al v. Gary Stiffelman et al | | |

Present: The Honorable   CONSUELO B. MARSHALL, UNITED STATES DISTRICT JUDGE

| YOLANDA SKIPPER | NOT REPORTED |
|---|---|
| Deputy Clerk | Court Reporter |

| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
|---|---|
| None Present | None Present |

Proceedings:        In Court     X    In Chambers      X     Counsel Notified

Case is ordered closed pursuant to the Notice of dismissal filed on April 18, 2024 [75]. All pending hearings and motions are now taken off calendar and vacated. *All pending motions are DENIED AS MOOT in light of the Notice of dismissal filed.* Please ENTER JS-6.

IT IS SO ORDERED.

cc: all parties

CV-90 (12/02)                    CIVIL MINUTES - GENERAL         Initials of Deputy Clerk YS